<sup>Case 3:07-cr-00310-MHP   Document 1   Filed 04/20/2007   Page 1 of 4</sup>

OA 91   Criminal Complaint

# United States District Court

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

**FILED**
APR 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Orvelle Robinson

CRIMINAL COMPLAINT

Case Number: 3 07 70238

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about **February 19, 2007** (Date) in **San Francisco** County, in the **Northern** District of **California** defendant(s) did,

(Track Statutory Language of Offense)

knowingly possess ammunition that had been shipped or transported in interstate commerce and at time he possessed the ammunition, the defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year.

Maximum Penalties: Count 1: 10 years, fine of $250,000; 3 years supervised release

in violation of Title **18** United States Code, Section(s) **922(g)**.

I further state that I am a(n) **San Francisco Police Sergeant / Inspector** (Official Title) and that this complaint is based on the following facts:

Please see attached affidavit of Inspector Michael Kelly.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Approved As To Form: Denise Marie Barton
AUSA

_Michael Kelly_
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

4/20/07
Date

at San Francisco, CA
City and State

Honorable Nandor J. Vadas    United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

AFFIDAVIT OF MICHAEL KELLY

I, Michael L. Kelly, being duly sworn, hereby state:

## I. Background of Affiant

1.      I am employed by the San Francisco Police Department (SFPD) as a Sergeant/Inspector and have been employed by the SFPD for 32 years. I am currently assigned to work with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer. I have been assigned to work with ATF for over five years. In this capacity, I am responsible for enforcing federal criminal statutes, including Illegal Possession of a Firearm or Ammunition, pursuant to Title 18, United States Code, Section 922.

2.      I have been a law enforcement officer for 32 years and have had extensive training in that time in the use of firearms and ammunition. I have also attended an 80 hour criminal investigations course certified by the California Peace Officers Standards and Training Commission and a 24 hour training course by the Bureau of Alcohol, Tobacco, Firearms, and Explosives dealing with firearms investigations.

3.      I am familiar with the facts as set forth herein from investigations by other law enforcement officers as related to me in conversation and through written reports, and from records and/or documents and other evidence obtained as a result of this investigation. Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant against Orvelle Robinson, I have not included each and every fact known to me concerning this investigation. I have only set forth the facts that I believe necessary to establish probable cause that a violation of federal law has occurred.

4.      This affidavit is made in support of a complaint and arrest warrant against Orvelle Robinson for knowingly and intentionally possessing ammunition after having previously been convicted of a felony, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## II. The Law

5.      Title 18, United States Code, Section 922(g)(1) provides that it shall be unlawful for any person who has been convicted in any court of law of a crime punishable by imprisonment for a term exceeding one year to possess in or affecting commerce, any firearm or ammunition.

## III. This Investigation

6.      On February 19, 2007, at approximately 8:04 PM, San Francisco Police were dispatched to 3rd Street and Gilman Avenue in San Francisco, California on a report of shots

1

AFFIDAVIT OF MICHAEL L. KELLY

fired. Police Officers arrived and found John Donaldson inside of 1326 Gilman Avenue. Donaldson had been shot. Officers also found Orvelle Robinson one block away from 1326 Gilman Avenue in front of approximately 1282 Gilman Avenue. Robinson was bleeding from gunshot wounds including one to the neck and one to the arm area. Robinson was conscious and talking to officers and paramedics. Ambulances were summoned for Robinson and Donaldson.

   7.  Two ambulances arrived at the two separate locations to tend to Robinson and Donaldson. Robinson was transported to San Francisco General Hospital by San Francisco Fire Department ambulance 17.

   8.  Robinson's ambulance arrived at San Francisco General Hospital Emergency Room. Robinson was taken directly to a treatment room where he was attended to by medical staff. San Francisco Police Officer Luedtke # 4109 was standing in the treatment room approximately 4 to 6 feet from Robinson while Robinson was being treated. As Robinson was lying on a treatment gurney, Officer Luedtke observed one member of the medical staff taking Robinson's pants off. As the pants were being removed and the upper part of the pants was lowered down near Robinson's lower leg area, Officer Luedtke heard a metallic clinking sound and saw 3 live bullets on the gurney. Live bullets are bullets, or ammunition, that has not been fired from a weapon. The bullets were near Robinson's lower leg in the area of the front pocket of Robinson's pants. Officer Luedtke immediately picked up the bullets and placed them in a plastic bag. Officer Luedtke observed that the 3 live bullets that came from Robinson's pant pocket were Federal .38 special caliber.

   9.  I have reviewed Robinson's criminal record which shows that prior to February 19, 2007 Robinson was convicted of a felony for which he was sentenced to and served a term of imprisonment in excess of one year. Specifically, in 1998, Robinson was convicted of Aiding and Abetting in a Bank Robbery and Use of a Firearm during a Crime of Violence pursuant to Title 18, United States Code, Sections 2 and 924(c), was sentenced to a total of 97 months imprisonment.

   10.  Special Agent Thomas Cleary of the Bureau of Alcohol Tobacco Firearms and Explosives, an ammunition interstate nexus expert, determined that the 3 live Federal .38 special caliber bullets that Robinson possessed were not manufactured in the state of California.

2

AFFIDAVIT OF MICHAEL L. KELLY

III. Conclusion

11.    Based on the above, I believe that there is probable cause that on or about February 19, 2007, Orvelle Robinson did knowingly and intentionally possess ammunition after having previously been convicted of a felony, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Michael L. Kelly
Sergeant/Inspector, SFPD; ATF Task Force Officer

Subscribed and sworn to before me
on April 20, 2007

_____
The Honorable Nandor J. Vadas
United States Magistrate Judge

3

AFFIDAVIT OF MICHAEL L. KELLY