SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No.  07-70238 |
|---|---|---|
|    Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | ) | |
| ORVELLE ROBINSON, | ) | |
|    Defendant. | ) | |

On May 7, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from May 7, 2007 to May 10, 2007. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

   //

Stipulation and [Proposed] Order Excluding Time - CR 07-70238       1

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>Interim United States Attorney |
| DATED: May 8, 2007 | ____/s/_____<br>DENISE MARIE BARTON<br>Assistant United States Attorney |
| DATED: May 8, 2007 | ____/s/_____<br>ELIZABETH FALK<br>Attorney for ORVELLE ROBINSON |

As the Court found on May 7, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from May 7, 2007 to May 10, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                    _____
                                        Elizabeth D. Laporte
                                        United States Magistrate Judge

Stipulation and [Proposed] Order Excluding Time - CR 07-70238                    2