SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-70238 EMC |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| v. ) | |
| ORVELLE ROBINSON, ) | |
|     Defendant. ) | |

On May 7, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from May 7, 2007 to May 10, 2007. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

    //

1
2                                              SCOTT N. SCHOOLS
                                               Interim United States Attorney

3   DATED: May 8, 2007                         ____/s/_____
                                               DENISE MARIE BARTON
4                                              Assistant United States Attorney

5

6   DATED: May 8, 2007                         ____/s/_____
                                               ELIZABETH FALK
7                                              Attorney for ORVELLE ROBINSON

8
9
10
        As the Court found on May 7, 2007, and for the reasons stated above, the Court finds that the
11
    ends of justice served by the continuance outweigh the best interests of the public and the
12
    defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
13
    calculations from May 7, 2007 to May 10, 2007 for effective preparation of counsel. See 18
14
    U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel
15
    reasonable time necessary for effective preparation, taking into account the exercise of due
16
    diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).
17
18  SO ORDERED.
19
20  DATED: May 11, 2007          _____
                                 Elizabeth D. Laporte
21                               United States Magistrate Judge



Stipulation and [Proposed] Order Excluding Time - CR 07-70238                               2