# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**

VENUE: SAN FRANCISCO

FILED MAY 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CR 07 0310 MHP**

UNITED STATES OF AMERICA,

v.

ORVELLE ROBINSON

DEFENDANT.

## INDICTMENT

A true bill.

_____ Foreman

Filed in open court this 17TH day of May 2007

_____ Clerk

No process

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Ct 1: 18 USC § 922(g)(1) (Fel. in Poss. Amm.);
Ct 2: 21 USC § 841(a)(1) (Poss w Int - Cocaine);
Ct 3: 21 USC § 844(a) (Poss-Methadone);
Ct 4: 26 USC § 5861(d) (Poss-Unreg Firearm)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
► ORVELLE ROBINSON

07 MAY 17 PM 3:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER**
CR 07 0310 MHP

**PENALTY:**
Ct 1: NMT 10 yrs, fine of $250,000, 3 yrs SR; Ct 2: NMT 30 yrs, fine of $250,000, at least 6 yrs SR; Ct 3: NLT 15 days, NMT 2 yrs, fine NLT $2500 and NMT $250,000, 1 yr SR; Ct 4: NMT 10 yrs, fine of $250,000, 3 yrs SR

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
SFPD/ATF, Insp. Michael Kelly

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
03-07-70238

Name and Office of Person Furnishing Information on THIS FORM — **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Denise Marie Barton

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges      } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?   ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ► 5/7/2007   Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ► 5/7/2007   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

07 MAY 17 PM 3: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>        Plaintiff, ) <br>         ) <br>     v. ) <br>         ) <br> ORVELLE ROBINSON, ) <br>        Defendant. ) <br> _____ ) | CR 07 0310 MHP <br><br> VIOLATIONS: 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; 21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute Cocaine; 21 U.S.C. § 844(a) - Possession of a Controlled Substance - Methadone; 26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm <br><br> SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:

On or about February 19, 2007, in the Northern District of California, the defendant,

ORVELLE ROBINSON,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition, described as Federal .38 Special caliber bullets, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT

1  COUNT TWO:
2      On or about February 19, 2007, in the Northern District of California, the defendant,
3                          ORVELLE ROBINSON,
4  did knowingly and intentionally possess with intent to distribute a Schedule II controlled
5  substance, to wit: approximately 13.32 grams of cocaine, in violation of Title 21, United States
6  Code, Section 841(a)(1).
7
8  COUNT THREE
9      On or about February 19, 2007, in the Northern District of California, the defendant,
10                         ORVELLE ROBINSON,
11 did knowingly and intentionally possess a controlled substance, to wit: approximately 21 tablets
12 of methadone, a Schedule II controlled substance, in violation of Title 21, United States Code,
13 Section 844(a).
14
15 COUNT FOUR
16     On or about February 22, 2007, in the Northern District of California, the defendant,
17                         ORVELLE ROBINSON,
18 did knowingly possess a firearm, as defined in Title 26, United States Code 5845(a)(2), that is, a
19 sawed-off shotgun with a barrel less than 18 inches in length, which was not registered to the
20 defendant in the National Firearms Registration and Transfer Record, as required by Title 26,
21 United States Code, Section 5841, all in violation of Title 26, United States Code, Section
22 5861(d).
23 //
24 //
25 //
26 //
27 //
28 //

INDICTMENT                                     2

| | |
|---|---|
| 1  DATED: May 17, 2007 | A TRUE BILL. |
| 2 | |
| 3 | /s/ FOREPERSON |
| 4  SCOTT N. SCHOOLS<br>United States Attorney | |

/s/
GREG W. LOWDER
Deputy Chief, Major Crimes

(Approved as to form: /s/ Denise M Barton )
　　　　　　　　　　　　　　AUSA Barton

INDICTMENT                            3