| DOCUMENTS UNDER SEAL ☐ | | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Lili M. Harrell | REPORTER/FTR<br>FTR 10:07am - 10:12am | |
| MAGISTRATE JUDGE<br>Nandor J. Vadas | DATE<br>May 21, 2007 | NEW CASE ☐ | CASE NUMBER<br>CR07-0310 MHP |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT<br>Orville Robinson | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Steve Kalar for Elizabeth Falk | PD. ☒  RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Tracie Brown | | INTERPRETER | ☐ | FIN. AFFT<br>SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

**PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)**

| ☐ INITIAL APPEAR<br>time | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☐ STATUS<br>time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL<br>time | ☒ ARRAIGNMENT<br>time | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or S/R<br>time | ☐ BAIL REVIEW<br>time |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVAL HRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time |

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

FILED
MAY 2 1 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES ☐ | ☐ PASSPORT SURRENDERED DATE |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH   $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO:<br>6/25/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00am | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>Patel | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

**ADDITIONAL PROCEEDINGS**

cc: Tony