SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. ~~07-70238~~  07-0310 MHP |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| v. ) | |
| ORVELLE ROBINSON, ) | |
|     Defendant. ) | |

    On May 10, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from May 10, 2007 to May 21, 2007. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).


SO STIPULATED:

    //

Stipulation and [~~Proposed~~] Order Excluding Time - CR 07-70238     1

|   |   |
|---|---|
| 1 | SCOTT N. SCHOOLS |
| 2 | Interim United States Attorney |

3   DATED: May 15, 2007                    /s/
                                          _____
4                                         DENISE MARIE BARTON
                                          Assistant United States Attorney

6   DATED: May 15, 2007                    /s/
                                          _____
7                                         ELIZABETH FALK
                                          Attorney for ORVELLE ROBINSON

  As the Court found on May 10, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from May 10, 2007 to May 21, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: May 23, 2007                      _____
                                         Elizabeth D. Laporte Nandor J. Vadas
                                         United States Magistrate Judge



Stipulation and [Proposed] Order Excluding Time - CR 07-70238                    2