1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   CR No.  07-0310 MHP
                                     )
15         Plaintiff,                )   STIPULATION AND [PROPOSED] ORDER
                                     )   EXCLUDING TIME
16     v.                            )
                                     )
17  ORVELLE ROBINSON,                )
                                     )
18         Defendant.                )
                                     )
19

20       On May 21, 2007, the parties in this case appeared before the Court and stipulated that

21  time should be excluded from the Speedy Trial Act calculations from May 21, 2007 to June 25,

22  2007.  The parties represented that granting the continuance was necessary for effective

23  preparation of counsel, taking into account the exercise of due diligence.  See 18 U.S.C. §

24  3161(h)(8)(B)(iv).

25

26       SO STIPULATED:

27       //

28       //

Stipulation and [Proposed] Order Excluding Time - CR 07-0310 MHP                             1

|  |  |
|---|---|
|  | SCOTT N. SCHOOLS<br>United States Attorney |
| DATED: May 29, 2007 | ____/s/_____<br>DENISE MARIE BARTON<br>Assistant United States Attorney |
| DATED: May 29, 2007 | ____/s/_____<br>ELIZABETH FALK<br>Attorney for ORVELLE ROBINSON |

    As the Court found on May 21, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from May 21, 2007 to June 25, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____         _____
                             Honorable Nandor J. Vadas
                             United States Magistrate Judge

Stipulation and [Proposed] Order Excluding Time - CR 07-0310 MHP     2