1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   ORVELLE ROBINSON

5

6

7

8                  **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10  UNITED STATES OF AMERICA,          )      No.  CR 07-00310 MHP
                                       )
11           Plaintiff,                )      **STIPULATION AND ORDER**
                                       )      **CONTINUING STATUS AND**
12       vs.                           )      **SETTING HEARING**
                                       )
13  ORVELLE ROBINSON,                  )
                                       )
14           Defendant.                )
                                       )
   _____)

15

16       At the request of defendant Orvelle Robinson, and with the agreement of the

17  government, the Court hereby vacates the hearing on June 25, 2007, which is a hearing for

18  status and setting of pretrial motions and trial dates, and sets a new hearing date on July 2,

19  2007, at 10:00 a.m., and excludes time under the Speedy Trial Act (18 U.S.C. §3161) from

20  June 25, 2007 to July 2, 2007.  The parties agree and the Court finds and holds as follows:

21       1.    Defendant is currently charged by criminal Indictment for possession of

22  ammunition, possession with the intent to distribute cocaine, possession of methadone and

23  possession of an unregistered firearm, in violation of 18 U.S.C. § 922, 21 U.S.C. § 841, 21

24  U.S.C. § 844 and 26 U.S.C. § 5861.  Currently the matter is scheduled for a hearing on June

25  25, 2007, for a status purposes and to set dates for pretrial motions and trial.

26       2.  Defense counsel requests a continuance of the hearing to July 2, 2007, at 10:00 a.m.,

27  due to a personal matter which requires his travel to Wisconsin.

28       3.  The parties request and stipulate herein that time under the Speedy Trial Act is

**STIPULATION/ORDER**
**CONTINUING HEARING**                    -1-

1 | excluded from June 25, 2007 to July 2, 2007.

2 |     4. The Court finds that there is good cause for the exclusion of time under 18 U.S.C.

3 | §3161 and that the ends of justice served by granting this continuance outweigh the best

4 | interests of the public and of the defendant in a speedy trial and the prompt disposition of

5 | criminal cases.   18 U.S.C. §3161(h)(8)(A).   Accordingly, and with the consent of the

6 | defendant, the Court continues the matter to July 2, 2007, at 10:00 a.m., and hereby orders that

7 | the period from June 25, 2007 to July 2, 2007, be excluded from the Speedy Trial Act

8 | calculations.

9 | SO STIPULATED:

10 | DATED:  June 19, 2007            /s/ Geoffrey Rotwein
                                      GEOFFREY ROTWEIN
11 |                                 Attorney for Defendant
                                      ORVELLE ROBINSON

12 |

13 | DATED: June 19, 2007            SCOTT N. SCHOOLS
                                      United States Attorney

14 |
                                 By:_____/s/_____
15 |                                 DENISE MARIE BARTON
                                      Assistant United States Attorney

16 |

17 | SO ORDERED:

18 | DATED: June __, 2007            _____
                                      MARILYN HALL PATEL
19 |                                 JUDGE, UNITED STATES DISTRICT COURT

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

STIPULATION/ORDER
CONTINUING HEARING                          -2-