SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0310 MHP |
| )  Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| ) v. ) | |
| ORVELLE ROBINSON, ) | |
| )  Defendant. ) | |

    On May 21, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from May 21, 2007 to June 25, 2007. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

    SO STIPULATED:

//

//

Stipulation and [Proposed] Order Excluding Time - CR 07-0310 MHP    1

```
                                        SCOTT N. SCHOOLS
                                        United States Attorney

DATED: May 29, 2007                     _____/s/_____
                                        DENISE MARIE BARTON
                                        Assistant United States Attorney


DATED: May 29, 2007                     ___/s/_____
                                        ELIZABETH FALK
                                        Attorney for ORVELLE ROBINSON
```

   As the Court found on May 21, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from May 21, 2007 to June 25, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 6/20/07                          _____
                                        Honorable Nandor J. Vadas
                                        United States Magistrate Judge