1  GEOFFREY ROTWEIN, ESQ. (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California 94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   ORVELLE ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00310 MHP |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS AND SETTING HEARING** |
| vs. | ) | |
| ORVELLE ROBINSON, | ) | |
| Defendant. | ) | |

At the request of defendant Orvelle Robinson, and with the agreement of the government, the Court hereby vacates the hearing on June 25, 2007, which is a hearing for status and setting of pretrial motions and trial dates, and sets a new hearing date on July 2, 2007, at 10:00 a.m., and excludes time under the Speedy Trial Act (18 U.S.C. §3161) from June 25, 2007 to July 2, 2007. The parties agree and the Court finds and holds as follows:

1. Defendant is currently charged by criminal Indictment for possession of ammunition, possession with the intent to distribute cocaine, possession of methadone and possession of an unregistered firearm, in violation of 18 U.S.C. § 922, 21 U.S.C. § 841, 21 U.S.C. § 844 and 26 U.S.C. § 5861. Currently the matter is scheduled for a hearing on June 25, 2007, for a status purposes and to set dates for pretrial motions and trial.

2. Defense counsel requests a continuance of the hearing to July 2, 2007, at 10:00 a.m., due to a personal matter which requires his travel to Wisconsin.

3. The parties request and stipulate herein that time under the Speedy Trial Act is

1  excluded from June 25, 2007 to July 2, 2007.

2      4. The Court finds that there is good cause for the exclusion of time under 18 U.S.C.
3  §3161 and that the ends of justice served by granting this continuance outweigh the best
4  interests of the public and of the defendant in a speedy trial and the prompt disposition of
5  criminal cases. 18 U.S.C. §3161(h)(8)(A). Accordingly, and with the consent of the
6  defendant, the Court continues the matter to July 2, 2007, at 10:00 a.m., and hereby orders that
7  the period from June 25, 2007 to July 2, 2007, be excluded from the Speedy Trial Act
8  calculations.

9  SO STIPULATED:

10  DATED: June 19, 2007       /s/ Geoffrey Rotwein
    GEOFFREY ROTWEIN
11     Attorney for Defendant
    ORVELLE ROBINSON

12

13  DATED: June 19, 2007       SCOTT N. SCHOOLS
    United States Attorney
14
    By:_____/s/_____
15     DENISE MARIE BARTON
    Assistant United States Attorney
16

17  SO ORDERED:

18  DATED: June 20, 2007

19     MARILYN HALL PATEL
    JUDGE, UNITED STATES DISTRICT COURT


*IT IS SO ORDERED — Judge Marilyn H. Patel*

STIPULATION/ORDER
CONTINUING HEARING     -2-