**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: July 2, 2007

Case No.   CR 07-0310  MHP            Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- ORVILLE ROBINSON (c);

Attorneys:   Plf: Denise Barton
             Dft: Geoffrey Rotwein

Deputy Clerk: Anthony Bowser   Court Reporter: James Yeomans

**PROCEEDINGS**

1)  Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; All discovery disclosed; Matter continued to 8/27/2007 at 10:00 am for further status conference; Excludable time found re effective preparation, review of discovery;