SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121 )
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0310 MHP |
| ) | |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| ) | |
| v. ) | |
| ) | |
| ORVELLE ROBINSON, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

    On July 2, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from July 2, 2007 to August 27, 2007. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

    SO STIPULATED:

//

//

//

Stipulation and [Proposed] Order Excluding Time - CR 07-0310 MHP     1

|||
|---|---|
| | SCOTT N. SCHOOLS |
| | United States Attorney |
| DATED: July 6, 2007 | _____/s/_____ |
| | DENISE MARIE BARTON |
| | Assistant United States Attorney |
| DATED: July 6, 2007 | _____/s/_____ |
| | GEOFFREY ROTWEIN |
| | Attorney for ORVELLE ROBINSON |

As the Court found on July 2, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from July 2, 2007 to August 27, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.


DATED:_____                    _____
                                       Honorable Marilyn H. Patel
                                       United States District Court Judge