**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: August 27, 2007

Case No.   CR 07-0310  MHP              Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- ORVILLE ROBINSON (c);

Attorneys:   Plf: Denise Barton
             Dft: Geoffrey Rotwein

Deputy Clerk: Anthony Bowser   Court Reporter: James Yeomans

**PROCEEDINGS**

1) Status Conference

2) 

3) 

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 9/17/2007 at 10:00 am for further status; Excludable time found re effective preparation of counsel; Govt to prepare order.