**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: September 17, 2007

Case No.   CR 07-0310  MHP            Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- ORVILLE ROBINSON (c);

Attorneys:   Plf: Denise Barton
             Dft: Geoffrey Rotwein

Deputy Clerk: Anthony Bowser   Court Reporter: Joan Columbini

**PROCEEDINGS**

1) Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Status of action discussed, plea negotiations; Matter continued to 10/22/2007 at 10:00 am for further status/Change of Plea hearing; Excludable time found re effective preparation of counsel, proposed plea agreement; Govt to prepare order.