**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: October 22, 2007

Case No.   CR 07-0310  MHP			Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- ORVILLE ROBINSON (c);

Attorneys:   Plf: Denise Barton
             Dft: Geoffrey Rotwein

Deputy Clerk: Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1) Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Defendant not present in court; Matter continued to 11/19/2007 at 10:00 am for Change of Plea; Excludable time found re effective preparation, continuity of counsel, ongoing plea negotiations; Govt to submit order.