1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  BRIAN STRETCH (CSBN 163973)
   Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney

5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359

7  Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

8

   Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    CR No.  07-0310 MHP
                                     )
15       Plaintiff,                  )    STIPULATION AND [PROPOSED] ORDER
                                     )    EXCLUDING TIME
16    v.                             )
                                     )
17  ORVELLE ROBINSON,                )
                                     )
18       Defendant.                  )
                                     )
19  _____)

20       On October 22, 2007, the parties in this case appeared before the Court and stipulated that

21  time should be excluded from the Speedy Trial Act calculations from October 22, 2007 to

22  November 19, 2007.  The parties represented that granting the continuance was necessary for

23  //

24  //

25  //

26  //

27  //

28  //

Stipulation and [Proposed] Order Excluding Time - CR 07-0310 MHP                    1

1   effective preparation of counsel, taking into account the exercise of due diligence.  See 18

2   U.S.C. § 3161(h)(8)(B)(iv).

3

4   SO STIPULATED:

5
                                                    SCOTT N. SCHOOLS
6                                                   United States Attorney

7
    DATED: October 29, 2007                         _____/s/_____
8                                                   DENISE MARIE BARTON
                                                    Assistant United States Attorney
9

10  DATED: October 29, 2007                         _____/s/_____
                                                    GEOFFREY ROTWEIN
11                                                  Attorney for ORVELLE ROBINSON

12

13

14
        As the Court found on October 22, 2007, and for the reasons stated above, the Court finds
15
    that the ends of justice served by the continuance outweigh the best interests of the public and the
16
    defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
17
    calculations from October 22, 2007 to November 19, 2007 for effective preparation of counsel.
18
    See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny
19
    counsel reasonable time necessary for effective preparation, taking into account the exercise of
20
    due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
21

22  SO ORDERED.

23

24
    DATED:_____                         _____
25                                                  Honorable Marilyn H. Patel
                                                    United States District Court Judge
26

27

28

Stipulation and [Proposed] Order Excluding Time - CR 07-0310 MHP                              2