SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0310 MHP |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. ) | |
| ORVELLE ROBINSON, ) | |
|     Defendant. ) | |

On August 27, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from August 27, 2007 to September 17, 2007. The parties represented that granting the continuance was necessary for

//

//

//

//

//

//

Stipulation and [Proposed] Order Excluding Time - CR 07-0310 MHP      1

1   effective preparation of counsel, taking into account the exercise of due diligence.  <u>See</u> 18
2   U.S.C. § 3161(h)(8)(B)(iv).

4   SO STIPULATED:

                                             SCOTT N. SCHOOLS
6                                               United States Attorney

8   DATED: October 29, 2007                           /s/
                                                    DENISE MARIE BARTON
                                                     Assistant United States Attorney

10 DATED: October 29, 2007                           /s/
                                                     GEOFFREY ROTWEIN
11                                                      Attorney for ORVELLE ROBINSON

15      As the Court found on August 27, 2007, and for the reasons stated above, the Court finds that
16 the ends of justice served by the continuance outweigh the best interests of the public and the
17 defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
18 calculations from  August 27, 2007 to September 17, 2007 for effective preparation of counsel.
19 <u>See</u> 18 U.S.C. §3161 (h)(8)(A).   The failure to grant the requested continuance would deny
20 counsel reasonable time necessary for effective preparation, taking into account the exercise of
21 due diligence, and would result in a miscarriage of justice.  <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).

22 SO ORDERED.

24
25 DATED:_____                          _____
                                                Honorable Marilyn H. Patel
                                                United States District Court Judge