SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0310 MHP |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
|    v. ) | |
| ORVELLE ROBINSON, ) | |
|    Defendant. ) | |

     On September 17, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from September 17, 2007 to October 22, 2007. The parties represented that granting the continuance was necessary for

//
//
//
//
//
//

Stipulation and [Proposed] Order Excluding Time - CR 07-0310 MHP           1

effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                    SCOTT N. SCHOOLS
                    United States Attorney

DATED: October 29, 2007                    /s/
                    DENISE MARIE BARTON
                    Assistant United States Attorney

DATED: October 29, 2007                    /s/
                    GEOFFREY ROTWEIN
                    Attorney for ORVELLE ROBINSON

As the Court found on September 17, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from September 17, 2007 to October 22, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 10/31/2007                    _____
                    Honorable Marilyn H. Patel
                    United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]*