SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-0310 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| ORVELLE ROBINSON, | |
| Defendant. | |

On October 22, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from October 22, 2007 to November 19, 2007. The parties represented that granting the continuance was necessary for

//
//
//
//
//
//

Stipulation and [Proposed] Order Excluding Time - CR 07-0310 MHP            1

1  effective preparation of counsel, taking into account the exercise of due diligence.  See 18
2  U.S.C. § 3161(h)(8)(B)(iv).

4  SO STIPULATED:

6                                  SCOTT N. SCHOOLS
                                United States Attorney

7  DATED: October 29, 2007                                        /s/_____
                                DENISE MARIE BARTON
                                Assistant United States Attorney

10 DATED: October 29, 2007                                        /s/_____
                                GEOFFREY ROTWEIN
                                Attorney for ORVELLE ROBINSON

    As the Court found on October 22, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from October 22, 2007 to November 19, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 10/31/2007

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation and [Proposed] Order Excluding Time - CR 07-0310 MHP                                    2