**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: November 19, 2007

Case No.   CR 07-0310  MHP          Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- ORVILLE ROBINSON (c);

Attorneys:   Plf: Denise Barton
             Dft: Peter Goodman for Geoffrey Rotwein

Deputy Clerk: Anthony Bowser   Court Reporter: Joan Columbini

**PROCEEDINGS**

1)  Status Conference

2)  

3)  

**ORDERED AFTER HEARING:**

Defendant present in court; Briefing schedules as follows:

    Motions to be filed by 12/10/2007;
    Oppositions to be filed by l2/24/2007;
    Replies to be filed by 1/14/2008;
    Motions to be heard 1/28/2008 at 10:00 am;

Excludable time found re effective preparation, motion preparation; Govt to submit order