1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   ORVELLE ROBINSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00310 MHP |
|---|---|---|
| Plaintiff, | ) | **REQUEST FOR ORDER THAT MARSHALL TRANSFER DEFENDANT TO FCI DUBLIN** |
| vs. | ) | |
| ORVELLE ROBINSON, | ) | |
| Defendant. | ) | |

TO: HON. MARILYN HALL PATEL, JUDGE OF THE UNITED STATES DISTRICT COURT

Defendant Orvelle Robinson hereby requests that the Court order the Untied States Marshall to transfer him from the Santa Rita Jail to the FCI Dublin based on the below declaration of his counsel.

DATED:  December 4, 2007        /s/ Geoffrey Rotwein
                                GEOFFREY ROTWEIN
                                Attorney for Defendant
                                ORVELLE ROBINSON

APPLICATION TO TRANSFER DEFENDANT
CR-07-00310 MHP                    -1-

# DECLARATION OF COUNSEL

I, GEOFFREY ROTWEIN, declare under penalty of perjury that the following is true and correct of my own personal knowledge, information and belief.

1. I am an attorney licensed to practice before this Court and have been appointed by CJA to represent defendant herein, Orvelle Robinson.

2. Defendant has been incarcerated on the charges herein at the Santa Rita Jail. He was transferred there from the Oakland Jail. He informs me that he does not have access to any law materials there and would like to transfer to FCI Dublin where there is a law library for use by the inmates. Mr. Robinson wishes to use the library to research the search and seizure and other issues in his case and then assist me. Motions are due on December 10, 2007, and hearing thereon is set for January 28, 2008.

3. Therefore, defendant requests that the Court order the Marshall to transfer him to Dublin where he can conduct legal research and assist me as his counsel in the motion phase of this case.

Executed in San Francisco, California on December 4, 2007.

/s/ Geoffrey Rotwein
GEOFFREY ROTWEIN
Attorney for Defendant
OREVELLE ROBINSON