1  GEOFFREY ROTWEIN, ESQ. (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California 94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   ORVELLE ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00310 MHP |
|---|---|---|
| Plaintiff, | ) | **ORDER TO MARSHALL TO TRANSFER DEFENDANT TO FCI DUBLIN** |
| vs. | ) | |
| ORVELLE ROBINSON, | ) | |
| Defendant. | ) | |

Pursuant to the Application by Defendant Orvelle Robinson, and good cause appearing therefor:

IT IS HEREBY ORDERED that the United States Marshall is to transfer defendant forthwith from the Santa Rita Jail to the FCI Dublin.

DATED: December ___, 2007

_____
JUDGE OF THE FEDERAL DISTRICT COURT

ORDER TO TRANSFER DEFENDANT TO FCI DUBLIN
CR-07-00310 MHP