```
 1  GEOFFREY ROTWEIN (CA SBN 58176)
    LAW OFFICES OF GEOFFREY ROTWEIN
 2  400 Montgomery Street, Second Floor
    San Francisco, CA  94104
 3  Facsimile: (415) 397-0862
    Telephone: (4l5) 397-0860
 4
    Attorney for Defendant
 5  ORVELLE ROBINSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. C-07-0310 MHP |
|---|---|
| Plaintiff, | ) **NOTICE OF MOTION TO** |
| | ) **SUPPRESS EVIDENCE UNDER** |
| vs. | ) **THE FOURTH AMENDMENT** |
| ORVELLE ROBINSON, | ) DATE: January 28, 2008 |
| | ) TIME: 10:00 a.m. |
| Defendant. | ) CTRM: 15, 18th Floor, |
| | )        Hon. Marilyn Hall Patel |

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on January 28, 2008, at 10:00 a.m., in Department 15 of the above-entitled Court, defendant Orvelle Robinson will move the Court for an order granting an evidentiary hearing under *Franks* v. *Delaware*, 439 U.S. 154 (1978), and then an order suppressing evidence under the Fourth Amendment to the United States Constitution.

Said motion will be based on this Notice, the Memorandum of Points and Authorities and Declaration of Geoffrey Rotwein with Exhibits, the records on file herein, and such other evidence and argument presented to the Court at the time of the hearing.

DATED: December 11, 2007        /s/ Geoffrey Rotwein
                                GEOFFREY ROTWEIN
                                Attorney for Defendant
                                ORVELLE ROBINSON

**NOTICE OF MOTION TO SUPPRESS EVIDENCE**
**No. C-07-0310 MHP**