GEOFFREY ROTWEIN (CA SBN 58176)
LAW OFFICES OF GEOFFREY ROTWEIN
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: (415) 397-0862
Telephone: (4l5) 397-0860

Attorney for Defendant
ORVELLE ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C-07-0310 MHP |
| ) | |
| Plaintiff, ) | **DECLARATION OF GEOFFREY** |
| ) | **ROTWEIN IN SUPPORT OF** |
| vs. ) | **MOTION TO SUPPRESS** |
| ) | **EVIDENCE UNDER THE FOURTH** |
| ORVELLE ROBINSON, ) | **AMENDMENT** |
| ) | |
| Defendant. ) | DATE: January 28, 2008 |
| ) | TIME: 10:00 a.m. |
| | CTRM: 15, 18th Floor, |
| | Hon. Marilyn Hall Patel |

I, Geoffrey Rotwein, declare under penalty of perjury as follows:

1. I am an attorney licensed to practice law in this Court and am the attorney for defendant Orvelle Robinson herein.

2. I am informed and believe and therefore allege that at the time of the shooting incident herein on February 19, 2007, Defendant was not on federal or state probation as stated by Officer Benzinger in his Declaration.

3. A true and correct copy of the Report of Investigation of the shooting incident on February 19, 2007, is attached hereto as Exhibit A, and true and correct copies of the resulting Search Warrant, Return and Declaration by Officer Benzinger, are attached hereto collectively as Exhibit B.

4. The Statement of Facts in the separately filed Memorandum of Points and Authorities, is an accurate summary of the facts and information set forth in Exhibits A and

1  B, and other materials in the case of which I am aware.
2      The foregoing is true and correct of my own personal knowledge, information and
3  belief.
4      Executed in San Francisco, California, on December 11, 2007.

                     /s/ Geoffrey Rotwein
                     GEOFFREY ROTWEIN
                     Attorney for Defendant
                     ORVELLE ROBINSON