U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: <br> ~~inson~~, Orvelle | Investigation Number: ███████ | Report Number: 1 |
|---|---|---|

## SUMMARY OF EVENT:

On 2/19/2007 Orvelle Robinson was arrested by SFPD officers for felon in possession of ammunition and possession of cocaine with intent to distribute. On 2/22/2007 Orvelle Robinson was arrested for felon in possession of a sawed off shotgun.

## NARRATIVE:

1. On 2/19/2007 SFPD officers arrested Orvelle Robinson. Robinson is further described as follows:

Robinson, Orvelle
DOB: 5/31/1966
Black Male adult 5'8 165 lbs
FBI # 592995HA5
CII # 08596453
SF# 619960

2. On 2/19/2007 at approximately 8:04 PM Robinson was sitting inside a vehicle with John Donaldson BMA, DOB 6/16/1962. Donaldson and Robinson were parked in the area of 3rd St. and Gilman St. in San Francisco. An unknown assailant shot and hit Robinson and Donaldson. Both Donaldson and Robinson were transported to San Francisco General Hospital by ambulance.

3. Donaldson died. Robinson was in a treatment room at San Francisco General Hospital. In the treatment room with Donaldson was SFPD Officer Luedtke and Officer Turbin. As Robinson was lying on a treatment bed the hospital staff was removing Robinson's pants and 3 bullets (Federal 38 Special) fell out of Robinson's pants pocket. The bullets were recovered by Officer Luedtke. Robinson had previously been convicted of a felony and is prohibited from possessing ammunition.

4. Back at the crime scene on Gilman where the shooting took place a bloody Smith and Wesson .357 caliber revolver was recovered. The gun was fully loaded and contained 6 unexpended "Federal 38 Special" bullets. Also recovered at the scene were numerous expended .40 caliber shell casings.

| Prepared by: <br> Michael L. Kelly | Title: <br> Task Force Officer, San Francisco Metro Field Office | Signature: <br> *M. Kelly* | Date: <br> 3/12/07 |
|---|---|---|---|
| Authorized by: <br> Rayfield Roundtree | Title: <br> Resident Agent in Charge, San Francisco Metro Field Office | Signature: | Date: |
| 2nd level reviewer (optional): <br> Stephen K. Martin | Title: <br> Special Agent in Charge, San Francisco Field Division | Signature: | ORBN0001 |

Page 1 of 3

ATF EF 3120.2 (10-2004)
For Official Use Only

7

| Title of Investigation: Robinson, Orvelle | Investigation Number: | Report Number: 1 |
|---|---|---|

5. Also recovered at the scene was Robinson's jacket which he was wearing when he was shot. The jacket was removed by emergency medical personnel while they were treating him at the scene. The jacket was recovered by SFPD Officer Primiano. Primiano saw the jacket taken off Robinson by medical personnel and watched it from the time it was removed from Robinson until the time she picked it up. No one tampered with the jacket. Officer Primiano searched the jacket and found it contained bullet holes and was bloody. Primiano found in an inside pocket of the jacket a plastic baggie containing 4 other plastic baggies each containing a white powder which she suspected was cocaine, and a plastic baggie containing a green vegetable matter which she suspected was marijuana. She also found numerous pills which later tested positive for methadone.

6. At the hospital Robinson asked several officers to check on his wife at 2914 Griffith saying "someone may go there".

7. On 2/22/2007 SFPD Officers served a search warrant on Robinson's house at 2914 Griffith. Nobody was home at the time of the search warrant service. Officers found indicia linking Robinson and his wife to the residence at 2914 Griffith. SFPD Officer Alcazar found a .410 caliber sawed off shotgun and two .410 caliber shotgun rounds in a downstairs room. Near the sawed off shotgun was a pay stub for Orvelle Robinson.

Attachments:
SFPD Police Reports:
070182882
070194188

ORBN0002