SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ORVELLE ROBINSON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CR No. 07-0310 MHP

STIPULATION [AND PROPOSED ORDER]
AMENDING THE BRIEFING SCHEDULE
FOR THE JANUARY 28, 2007 MOTIONS
HEARING

On November 19, 2007, the parties appeared before this Court and set a briefing schedule and Motions Hearing date of January 28, 2007. Pursuant to the briefing schedule, Defendant filed his Motion to Suppress and Memorandum in support thereof on December 10, 2007. The Government was scheduled to file its Opposition on December 24, 2007. Due to work obligations, unexpected absences from the office due to illness, and holiday travel plans, counsel for the Government realized in advance of the filing date that she would have difficulty filing a complete response by December 24, 2007. On December 21, 2007, counsel for the Government contacted defense counsel to request additional time to file the Opposition and he assented.

The parties agree that counsel for the Government will file a Response on January 4,

1   2007; the Defendant will file any Reply on January 14, 2007, as previously scheduled; and the

2   parties will appear, as previously scheduled, on January 28, 2007 for a Motions Hearing.

3

4   SO STIPULATED:

5
                                                    SCOTT N. SCHOOLS
6                                                   United States Attorney

7
    DATED: December 21, 2007                        ____/s/_____
8                                                   DENISE MARIE BARTON
                                                    Assistant United States Attorney
9

10
    DATED: December 21, 2007                        ____/s/_____
11                                                  GEOFFREY ROTWEIN
                                                    Attorney for ORVELLE ROBINSON
12

13

14

15          For the foregoing reasons, the Court hereby amends the Briefing Schedule set on

16  November 19, 2007.  The Government will file its Response to the Defendant's Motion to

17  Suppress on January 4, 2007; the Defendant will file any Reply on January 14, 2007, as

18  previously scheduled; and the parties will appear, as previously scheduled, on January 28, 2007

19  for a Motions Hearing.

20

21

22  IT IS SO ORDERED.

23

24

25

26  DATED:_____              _____
                                      HONORABLE MARILYN H. PATEL
27                                    United States District Court Judge

28