SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ORVELLE ROBINSON,<br><br>    Defendant. | CR No. 07-0310 MHP<br><br>STIPULATION [AND PROPOSED ORDER] AMENDING THE BRIEFING SCHEDULE FOR THE JANUARY 28, 2007 MOTIONS HEARING |

    On November 19, 2007, the parties appeared before this Court and set a briefing schedule and Motions Hearing date of January 28, 2007. Pursuant to the briefing schedule, Defendant filed his Motion to Suppress and Memorandum in support thereof on December 10, 2007. The Government was scheduled to file its Opposition on December 24, 2007. Due to work obligations, unexpected absences from the office due to illness, and holiday travel plans, counsel for the Government realized in advance of the filing date that she would have difficulty filing a complete response by December 24, 2007. On December 21, 2007, counsel for the Government contacted defense counsel to request additional time to file the Opposition and he assented.

    The parties agree that counsel for the Government will file a Response on January 4,

1  2007; the Defendant will file any Reply on January 14, 2007, as previously scheduled; and the
2  parties will appear, as previously scheduled, on January 28, 2007 for a Motions Hearing.
3
4  SO STIPULATED:
5
6                                              SCOTT N. SCHOOLS
                                               United States Attorney
7
8  DATED: December 21, 2007            ___/s/_____
                                        DENISE MARIE BARTON
9                                       Assistant United States Attorney
10
11 DATED: December 21, 2007            ___/s/_____
                                        GEOFFREY ROTWEIN
12                                      Attorney for ORVELLE ROBINSON
13
14
15     For the foregoing reasons, the Court hereby amends the Briefing Schedule set on
16 November 19, 2007.  The Government will file its Response to the Defendant's Motion to
17 Suppress on January 4, 2007; the Defendant will file any Reply on January 14, 2007, as
18 previously scheduled; and the parties will appear, as previously scheduled, on January 28, 2007
19 for a Motions Hearing.
20
21
22 IT IS SO ORDERED.
23
24
25
26 DATED: 12/28/2007                    _____
                                        HONORABLE MARILYN HALL PATEL
27                                      United States District Judge
28

STIPULATION [AND PROPOSED ORDER] AMENDING THE BRIEFING SCHEDULE FOR THE JANUARY
28, 2007 MOTIONS HEARING- CR 07-0310 MHP                                              2