UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 07-0310 MHP |
| | ) | |
| Plaintiff, | ) | DECLARATION OF DENISE MARIE |
| v. | ) | BARTON |
| | ) | |
| ORVELLE ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Denise Marie Barton, declare the following to be true under pain of perjury:

1.  I am an Assistant United States Attorney in the Northern District of California. I am the prosecutor assigned to the above-captioned matter.

2.  Attached as Exhibit A is a true and correct copy of the San Francisco Police Department Incident Report dated February 20, 2007 of Officer Norris, which was subsequently Bates Stamped ORBN0060-65.[1]

3.  Attached as Exhibit B is a true and correct copy of the San Francisco Police Department Incident Report dated February 19, 2007 of Officer Cruz, which was subsequently Bates Stamped ORBN0071.

4.  Attached as Exhibit C is a true and correct copy of the San Francisco Police Department Incident Report dated February 20, 2007 of Officer Trubin, which was subsequently Bates Stamped ORBN0072.

---

[1] The Report of Investigation attached as Exhibit A to the Declaration of Mr. Geoffrey Rotwein, dated December 11, 2007, is a Report of San Francisco Police Inspector Michael Kelly. Inspector Kelly is currently assigned to a Task Force with the Bureau of Alcohol, Tobacco, Firearms, and Explosives and is the case agent on this matter. Inspector Kelly was not present for the events in question on February 19, 2007.

DECLARATION OF DENISE MARIE BARTON, 07-0310 MHP

5.    Attached as <u>Exhibit D</u> is a true and correct copy of the San Francisco Police Department Incident Report dated February 20, 2007 of Officer Primiano, which was subsequently Bates Stamped ORBN0068.

6.    Attached as <u>Exhibit E</u> is a true and correct copy of a Report of Investigation of an Interview of Jamal Cooney, which was subsequently Bates Stamped ORBN0132.

7.    Attached as <u>Exhibit F</u> are true and correct copies of photographs of the defendant's clothing at the crime scene. These photographs were was subsequently Bates Stamped ORBN0136-137.

EXECUTED THIS 7th DAY OF JANUARY 2008.

Denise Marie Barton

DECLARATION OF DENISE MARIE BARTON, 07-0310 MHP

2