# EXHIBIT A

# San Francisco Police Department
## INCIDENT REPORT

**Report Type:** Initial

### I. INCIDENT

| Field | Value |
|---|---|
| Incident Number | [redacted] |
| Occurrence from Date/Time | 02/19/07 20:04 |
| Occurrence to Date/Time | |
| Reported Date/Time | 02/19/07 20:06 |
| CAD Number | [redacted] |

**Type of Incident:** Homicide -01000, Cocaine, Possession For Sale -16822, Cocaine, Transportation -1662[?]

**Location of Occurrence:** GILMAN AV
**At Intersection with/Premise type:** 3RD ST. Street, (Not Sidewalk)

| Confidential Report? | Arrest Made? ☑ | Suspect Known? ☐ | Suspect Unknown? ☑ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Reporting Unit 3C15D |

**Location Scn:** SAME

| How Cleared? | Reported to Bureau: Operations Center | Name: PINILLINI | Star: 1611 | Date/Time: 02/19/07 20:36 | Elder Victim ☐ | Gang Related ☐ | Juvenile Subject? ☐ | Prejudice Based? ☐ |

### OFFICER DECLARATION

I declare under penalty of perjury, this report of ___ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

**PROP 115 CERTIFIED    POST TRAINING    Signature:** _[signed]_

| Reporting Officer | Star | Station | Watch | Date |
|---|---|---|---|---|
| Norris | 4229 | Bayview Station | 1800-0200 | 2/20/07 |
| SGT. RICHARD PATE #1067 | | C.o.C. | 3 | 2/20/07 |
| OIC Lt. J. Sanford Jr. #657 | | C.o.C. | 05/15 | 2/20/2007 |

| Related Case | Related Case | Re-Assigned to | Assigned to 5H200 | Assigned by | MN - #4228 |
| | | Copies to: 5H200  5N200  5N200  Add'l Copies | | | |

### V1 VICTIM

| Code | Name (Last, First Middle) | Alias |
|---|---|---|
| V 1 | DONALDSON, JOHN | |

| Day Phone | Type: Unknown | Home Address: 1326 GILMAN | City: SAN FRANCISCO | State: CA | Zip Code: 94124- |
| Night Phone | Type: Unknown | Work Address | City | State | Zip Code |

| DOB: 06/15/62 | Age: 44 | DOB Unk. ☐ | or age between: and | Race: B | Sex: M | Height: 5'09 | Weight: 200 | Hair Color: BLK | Eye Color: BRO | ID Type | Jurisd. | ID No. |

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☐ | Statement YES ☐ | Relationship to Subject |

**School (if Juvenile):**
**Injury/Treatment:** GUN SHOT WOUND TO BACK/DECEA
**Other Information/If Interpreter Needed Specify Language:** PRONOUNCED DEATH AT 2146 HOURS BY DR. CARTER

### S1 SUSPECT

| Code | Name (Last, First Middle) | Alias |
|---|---|---|
| S 1 | SUSPECT UNKNOWN, | |

| Day Phone | Type: Unknown | Home Address: UNK | City | State | Zip Code |
| Night Phone | Type: Unknown | Work Address: UNK | City | State | Zip Code |

| DOB Unknown ☑ | Date of Birth | Age | or age between and | Race: U | Sex: U | Height | Weight | Hair Color: UNK | Eye Color: UNK |

| SFNO | J/D# (if Juvi.) | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number |

| Book Section #1 | Book Section #2 | Book Section #3 | Book Section #4 | Book Section #5 | Booking Location |

| Warrant # | Court # | Action # | Dept | Enroute to | CWB Check | Star |
| Warrant Violation(s) | | | | Bail | Mirandized ☐ Star | Date | Time | Statement ☐ |
| Citation # | Violation(s) | | | | Appear Date/Time | Location of Appearance |
| Book/Cite Approval | Star | Mass Arrest Code | M X-Rays ☐ | School (if Juvenile) | | ☐ CA Form Booked Copy Attached |

**Other Information:** Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tatoos

# San Francisco Police Department
## ADDITIONAL REPORTEE

IP CODES: F -FOUND; N -NOTIFY; P -PARENT; R -REPORTEE; V -VICTIM; W -WITNESS

**VICTIM 1**

| Code | Name (Last, First Middle) | Alias | | |
|---|---|---|---|---|
| V 1 | ROBINSON, ORVILLE | | | |

| Day Phone | Type | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | Unknown | 2914 GRIFFITH ST. | SAN FRANCISCO | CA | 94124 |

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | Unknown | UNK | | | |

| DOB/ | Age | DOB Unk | or age between AND | Race | Sex | Height | Weight | Hair Color | Eye Color | ID No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/03/66 | 40 | ☐ | | B | M | 5'08 | 165 | BLK | BRO | |

| Confidential Person | Violent Crime Notification | 293 PC Notification | Star | F/U Form | Statement | Relationship to Subject |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | | YES ☐ | YES ☑ | Unknown |

| School (if Juvenile) | Injury/Treatment | Other Information/If Interpreter Needed Specify Language |
|---|---|---|
| | MULTIPLE GUN SHOT WOUNDS | |

---

SFPD377 B (03/03)

ORBN0061



# San Francisco Police Department
## ADDITIONAL REPORTEE

RP CODES: F -FOUND; N -NOTIFY; P -PARENT; R -REPORTEE; V -VICTIM; W -WITNESS

### R/W 1 — Witness 1
- Code: R/W 1
- Name: COONEY, JAMELMY
- Day Phone: (415) 994-3230 (Cell)
- Night Phone: (415) 282-4601 (Work)
- Home Address: UNK
- DOB: 03/04/80, Age 26
- Race: B, Sex: M
- Hair: BLK, Eyes: BRO
- Statement: YES
- Relationship to Subject: Stranger/None
- Other Information: PPS SECURITY

### R/W 2 — Witness 2
- Code: R/W 2
- Name: DONALDSON, JAQUEZ
- Day Phone: (415) 822-9120 (Home)
- Night Phone: (415) 822-9120 (Home)
- Home Address: 1328 GILMAN AVE, SAN FRANCISCO, CA 94124
- Work Address: N/A
- DOB: 04/08/98, Age 8
- Race: B, Sex: M
- Hair: BLK, Eyes: BRO
- Statement: YES
- Relationship to Subject: Relative
- School: BRET HARTE

### R/W 3 — Witness 3
- Code: R/W 3
- Name: DONALDSON, ED
- Day Phone: (415) 822-9120 (Home)
- Night Phone: (415) 822-9120 (Home)
- Home Address: 1328 GILMAN AVE, SAN FRANCISCO, CA 94124
- Work Address: UNK
- DOB: 08/13/65, Age 41
- Race: B, Sex: M
- Hair: BLK, Eyes: BRO
- Statement: YES
- Relationship to Subject: Sibling

### R/W 4 — Witness 4
- Code: R/W 4
- Name: DUTY, CAROLYN
- Day Phone: (415) 822-9120 (Home)
- Night Phone: (415) 822-9120 (Home)
- Work Address: 1328 GILMAN AVE, SAN FRANCISCO, CA 94124
- Work Address: UNK
- DOB: 08/29/44, Age 62
- Race: B, Sex: F
- Hair: BLK, Eyes: BRO
- F/U Form: YES
- Statement: YES
- Relationship to Subject: Parent

SFPD977 B (03/03)

ORBN0062

# San Francisco Police Department
## ADDITIONAL SUSPECTS

**BOOKED 1**

| Field | Value |
|---|---|
| CODE | B 1 |
| Name (Last, First Middle) | ROBINSON, ORVELLE |
| Alias | |
| Day Phone | |
| Type | Unknown |
| Home Address | 2914 GRIFFITH ST. |
| City | SAN FRANCISCO |
| State | CA |
| Zip Code | 94124- |
| Night Phone | |
| Type | Unknown |
| Work Address | UNK |
| Race | B |
| Sex | M |
| DOB | 08/03/66 |
| Height | 508 |
| Weight | 165 |
| Hair Color | BLK |
| Eye Color | BLU |

Book/Charge 1: N/W 11361 H&S
Book/Charge 2: N/W 11352 H&S
Book/Charge 3: 11357(b) H&S
Book/Charge 4: N/W 12316(b)(1)
Where Booked: SFSO County Jail #9
CWB Check: VERONICA
Star: 299

Book/Cite Approval: SGT. EWINS #733

Other Information: TREATED AT SFGH BY DR. LIN FOR MULTIPLE GUN SHOT WOUNDS

☐ ORIGINAL PRIVATE PERSON'S ARREST FORM BOOKED AS EVIDENCE. PHOTOCOPY ATTACHED WITH THIS REPORT.

**PVT PERSON ARREST**

---

[Second suspect form — blank]

☐ ORIGINAL PRIVATE PERSON'S ARREST FORM BOOKED AS EVIDENCE. PHOTOCOPY ATTACHED WITH THIS REPORT.

ORBN0063

SFPD377 C (11/02)

## San Francisco Police Department
## PROPERTY LISTINGS

| # | Code/No | Item Description | Brand | Model |
|---|---|---|---|---|
| 1 | EVD 1 | CRIME SCENE LOG | | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | | | | 2 | |

| Seized by (Star) | From Where |
|---|---|
| 379 | #1247 |

Additional Description/Identifying Numbers

---

| # | Code/No | Item Description | Brand | Model |
|---|---|---|---|---|
| 2 | EVD 2 | STATEMENTS | | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | | | | 5 | |

| Seized by (Star) | From Where |
|---|---|
| 379 | #1894, #1953, #1668, #1971 and COONEY |

Additional Description/Identifying Numbers

---

| # | Code/No | Item Description | Brand | Model |
|---|---|---|---|---|
| 3 | EVD 3 | LIVE ROUNDS | FEDERAL | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | .38 SPECIAL | | | 3 | |

| Seized by (Star) | From Where |
|---|---|
| 4019 | HOSPITAL GEARNY WHERE ORVELLE WAS LAYING |

Additional Description/Identifying Numbers

---

| # | Code/No | Item Description | Brand | Model |
|---|---|---|---|---|
| 4 | EVD 4 | NARCOTICS | | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | | | 07237469 | | TBD |

| Seized by (Star) | From Where |
|---|---|
| 1953 | POCKET OF ORVELLE |

Additional Description/Identifying Numbers
SUSPECTED MARIJUANA, SUSPECTED POWDER COCAINE, SUSPECTED METHADONE AND VARIOUS PILLS

---

| # | Code/No | Item Description | Brand | Model |
|---|---|---|---|---|
| 5 | EVD 5 | CLOTHES | | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | | | | | |

| Seized by (Star) | From Where |
|---|---|
| 441 | DONALDSON |

Additional Description/Identifying Numbers

---

| # | Code/No | Item Description | Brand | Model |
|---|---|---|---|---|
| 6 | EVD 6 | PERMISSION TO SEARCH FORM | | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | | | | | |

| Seized by (Star) | From Where |
|---|---|
| 4067 | DUTY |

Additional Description/Identifying Numbers

---

| Code/No | Item Description | Brand | Model |
|---|---|---|---|

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|

| Seized by (Star) | From Where |
|---|---|

Additional Description/Identifying Numbers

ORBN0064



## San Francisco Police Department
### VEHICLE INFORMATION

VEHICLE CODES: B -BOOSTED; D -DAMAGED; F -USED FELONY; T -TOWED; U -USED OTHER; V -VANDALIZED; X -STRIPPED

**Vehicle 1**

| Code | Plate No. | State | Reg Yr | Plate Type | VIN No. |
|---|---|---|---|---|---|
| T | 5VJS683 | CA | 2007 | PC | 3A4FY58B37T521464 |

| Veh Year | Make | Model |
|---|---|---|
| 2007 | Chrysler | PT CRUISER |

| Style | Color | Plates/VIN Watch? | Plates Missing? |
|---|---|---|---|
| Sedan, 4 door | Silver | ☑ | FRONT ☐  REAR ☐ |

- Condition: DAMAGED ☑
- Damage: BULLET HOLES IN DR[IVER]
- Crime Scene Tech Notified? ☑
- 387 Form Given to Owner? ☐
- Tow Approved By: SGT. EWINS  Star: 733
- Towed to: AUTO RETURN
- Hold For: Homicide

| Registered Owner | First Name | Residence Phone |
|---|---|---|
| PV HOLDING CORP | | |

| Residence Address | City | State | Zip |
|---|---|---|---|
| 6740 ARBOR VITAE | LOS ANGELES | CA | 90045 |

**Vehicle 2**

| Code | Plate No. | State | Reg Yr | Plate Type | VIN No. |
|---|---|---|---|---|---|
| D | 5ALY395 | CA | 2003 | PC | 1N4AL11E63C241162 |

| Veh Year | Make | Model |
|---|---|---|
| 2003 | Nissan | ALTIMA |

| Style | Color | Plates/VIN Watch? | Plates Missing? |
|---|---|---|---|
| Sedan, 4 door | Gray | ☑ | FRONT ☐  REAR ☐ |

- Condition: DAMAGED ☑
- Damage: BULLET HOLE IN REAR
- Crime Scene Tech Notified? ☑
- 387 Form Given to Owner? ☐

| Registered Owner | First Name | Residence Phone |
|---|---|---|
| DONALDSON | EDWARD | (415) 822-9120 |

| Residence Address | City | State | Zip |
|---|---|---|---|
| 1325 GILMAN AVE | SAN FRANCISCO | CA | 94124 |

**Vehicle 3** — (blank)



## San Francisco Police Department
### NARRATIVE

ADDITIONAL CHARGES: Marijuana Offense, Ammunition, Poss. By Prohibited Person

While on patrol in full uniform along with my partner Officer Whitfield #379 we were dispatched to a call of shots fired. Upon my arrival 3C41C Officer Erb #686 was inside of 1326 Gilman Avenue with V/1 Donaldson who was laying on the ground stating he had been shot. Officer Erb called for a Medic to treat Donaldson.

R/W 1 Personal Protective Security Guard Cooney and his two partners discovered B/1 Robinson had been shot and was leaning against a white Lexus ( lic #ML333 ) in front of 1282 Gilman Avenue. 3C91 Officer Cruz #1688 called for a Medic to respond to the scene.

Officer Erb started the E/1 Crime Scene Log on the 1300 block of Gilman and Officer Foss #4188 started the E/1 Crime Scene Log on the 1200 block of Gilman.

Officer Whitfield contacted Officer Pinillini #1611 of OPS and advised her of the situation.

Cooney told me that he saw Robinson walking West on Gilman hiding behind cars as he walked up the street. As Cooney drove up the street past Robinson he heard the shots fired call come out on the radio. Cooney turned his car around and saw Robinson leaning on the Lexus. See E/2 Cooneys statement.

Numerous units responded to the scene to search for crime scenes, other victims, evidence and suspects.

Medic 43 responded to the scene and transported Donaldson to SFGH. Medic 17 responded to the scene and transported Robinson to SFGH.

While at 1326 Gilman I noticed a D/1 Chrysler PT Cruiser ( Lic #5VJS683 ) which was crashed into the garage door of 1330 Gilman Avenue.

R/W 2 Jaq. Donaldson, R/W3 E. Donaldson and R/W4 Duty all told me that when they arrived home Donaldson was standing in front of the house. They went inside and shortly afterwards they heard 6 to 9 gun shots. They all got on the ground. All of a sudden they heard banging on the front door. R/W 3 E. Donaldson answered the door and V/1 J. Donaldson came in the house and fell to the ground. J. Donaldson told E. Donaldson that he had been shot.

At SFGH Robinson told 3C12D Officers Luedtke #4109 and Trubin #1971 that he was sitting in his car (D/1 PT Cruiser) with his friend V/1 J. Donaldson in the driveway of 1330 Gilman when all of a sudden S/1 unknown began to shoot at them. While at SFGH medical personnel began to cut Robinson pants off of him and E/3 (3) .38 caliber bullets fell out of his left front pants pocket. Officer Leudtke seized the rounds. Dr. Lin treated Robinson at SFGH. Officer Trubin wrote a E/2 statement regarding the incident.

A search of the area discovered a blood trail on the North sidewalk of Gilman Ave from around 1210 Gilman (approximately 30 feet west of the Southwest corner of Ingalls and Gilman) to where Robinson was discovered at 1282 Gilman. The search of the area also found numerous casings and bullet fragments on the street and sidewalk (running parallel) between 1326 Gilman and 1323 Gilman Avenue.

While Officer Cruz was searching the area he discovered a black handgun next to the passengers

ORBN0066

side rear tire of a 1992 Honda (Lic #4EIN619). The car was parked on the sidewalk in front of 1270 Gilman Avenue. CSI later collected the gun (See E/2 Statement written by Officer Cruz).

3C202 Lt. Smith #2188, 3C116 Sgt. Ewins #733, 3C138 Sgt. Hagan #913, 3C115 Sgt. Burke #2240 and 3C170 Sgt. Hamilton all responded to the scene.

At 1326 Gilman Avenue Duty gave 3C38B Officers Lyons and Sgt. Burke permission to search her house for further evidence. Duty signed a E/6 Permission to Search Form. Sgt. Burke found narcotics in the right front pocket of a peacoat in Donaldsons room (see supplemental report ). Sgt. Burke wrote a E/2 statement concearning the incident. Sgt. Burke hand carried the Narcotics to the Narcotics drop box at 850 Bryant Street.

3C4D Officer Primiano #1953 searched Robinsons clothes that were left at the scene for I.D. Primiano discovered E/ 4 green leafy vegetable matter (suspected marijuana) , white powder (suspected powder cocaine) , and a number of pills all located inside of 4 small plastic bags inside of a bigger plastic bag. The bag was found inside the left jacket pocket. Primiano wrote a E/2 statement regarding the incident.

While at the scene 3C38M Officer Ellis #1994 spoke to a anonymous witness who stated they saw a black male running W/B on Gilman shooting at a Gray PT Cruiser. The witness saw the PT Cruiser crash into a house near 1326 Gilman and then saw a black male run from the area going E/B on Gilman. The witness saw the shooter get into a car that went W/B on Gilman Avenue. Officer Ellis wrote a E/2 statement regarding the witness .

Insp. Nevin #189 and Insp. Chin #847 of General Work responded to the scene. 5L11 Insp. Evans #1820 and 5L9 Insp. Shouldice #2054 of CSI responded to the scene. At 2207 hours Ins. Nevin advised me that Donaldson had died as a result of his gun shot wounds. Dr. Carter pronounced the death of J. Donaldson at 2145 hours.

Insp. Evans and Shouldice collected the clothes, casings, fragments and the handgun from the scene. Insp. Evans took pictures of the scene.

Officer Spain #1247 relieved Officer Foss at the Crime Scene at 2250 hours and took over the crime scene log.

The PT Cruiser was towed with a hold for homicide. Officers Brown and Spain followed the vehicle to Auto Return.

At Bayview Station Insp. Shouldice picked up V/1 J. Donaldsons clothing and the bullet that was removed from his person by SFGH personel. Officer Scott took E/5 Donaldsons clothes from the Hospital and brought them to Bayview Station.

Officer Whitfield booked E/1, E/2, E/3, E/5 and E/6 at Bayview Station. 3C11E Officers Brown #1555 and Spain #1247 hand carried E/4 to the Narcotics Drop Box at 850 Bryant Street.

At the time of this report Robinson was still waiting for surgery at SFGH.

It should also be noted that Robinson is on Federal Probation (FBI #59200SHA5).

It should be noted Sgt. Ewins filled out the Preliminary Enviromental Assessment Form and faxed it to FOB.

ORBN0067