# EXHIBIT B

## SAN FRANCISCO POLICE DEPARTMENT — INCIDENT REPORT STATEMENT

page 1 of ___

INCIDENT NO. ███████████

| Field | Value |
|---|---|
| NAME (LAST, FIRST, MIDDLE) OF PERSON GIVING STATEMENT | OFFICER RAYMOND CRUZ #1668 |
| DOB/AGE | |
| RESIDENCE PHONE (DAY/NIGHT) | ( ) refused |
| BUSINESS PHONE (DAY/NIGHT) | (415) 671-2300 |
| RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO | REFUSED |
| ZIP CODE | |
| BUSINESS ADDRESS / CITY IF NOT SAN FRANCISCO | 201 WILLIAMS AVE. |
| ZIP CODE | 94124 |
| DATE OF STATEMENT | 2/19/07 |
| TIME STARTED | 2355 HRS |
| TIME COMPLETED | 0032 HRS (2-20-07) |
| LOCATION WHERE STATEMENT TAKEN | AT SCENE ☐ OTHER: BAYVIEW STATION |
| STATEMENT TAKEN BY (NAME / STAR) | |
| IN PRESENCE OF | |

On 02/19/07, at approximately 2006 hrs, Officer Festa #1685 and I were on patrol in full uniform and in a marked police vehicle working the Bayview Violence Reduction Unit. At this time, Off. Festa responded to the 1300 blk of Gilman Ave. regarding a shooting call.

Upon arrival at 1326 Gilman Ave., I observed 3 Personal Protective Security Officers who were flagging us down from the front of 1282 Gilman Ave. I responded towards their location and observed that the PPS Officers were attempting to render aid to another gun shot victim who was shot on the neck/back area. The victim was later identified as Orvelle Robinson (d.o.b. 08-03-66). I immediately advised dispatch to send an another ambulance to my location. I then asked Robinson if he saw who had shot him. The Robinson replied, "I didn't see anything." Officer Luedtke #4019 and Officer Trubin #1971, 3C12D, arrived on scene and attempted to aid Robinson.

The PPS Officers then advised me that they first saw Robinson at the northwest corner of Gilman Ave. and Ingalls St. The PPS Officers then followed Robinson as he walked westbound on Gilman Ave. (north side of street). The PPS Officers told me that Robinson was acting suspicious by hiding behinds cars as he walked westbound on Gilman Ave.

I then began to walk eastbound on Gilman Ave. to canvass the area for any evidence. At this time, I observed a trail of blood drops on the sidewalk (eastbound). Upon searching the area in front of 1270 Gilman Ave., I located a black revolver with a wooden handle on the sidewalk underneath the rear of a parked vehicle (black Honda Accord 4 dr, California License plate #4EIN849). Off. Festa responded to the location and secured the scene.

Officer Primiano #1953, 3C4D, Officer Blount #754, 3C11D, and I canvassed the residences on the 1200 blk of Gilman Ave. to conduct well being checks and to search for possible witnesses with negative results. I took over the crime scene log from Officer Foss #4188 and was later relieved by Off. Primiano.

Off. Festa was later relieved by Officer Brown #1555 and Officer Spain #1247, 3C11E.

ORBN0071

I DECLARE, UNDER PENALTY OF PERJURY, THIS STATEMENT OF ___ PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.

SIGNATURE OF PERSON GIVING STATEMENT ___