# EXHIBIT C

# San Francisco Police Department
## INCIDENT REPORT STATEMENT

Page 1 of 1

| Last Name | First Name | Middle Name | DOB | Home Phone | Type | Work Phone | Type |
|---|---|---|---|---|---|---|---|
| Trubin | Gary | | 12/13/66 | | | (415) 671-2300 | Work |

| Home Address | City | Zip | Work Address | City | Zip |
|---|---|---|---|---|---|
| | | | 201 Williams St | San Francisco | 94124- |

| Date of Statement | Start Time | End Time | At Scene | Other: | |
|---|---|---|---|---|---|
| 02/20/07 | 00:30 | 02:36 | ☐ | | Bayview Station |

| Statement Taken by (Name/Star) | In Presence of (Name) |
|---|---|
| Trubin #1971 | Luedtke #4019 |

On 02/19/2007 at approximately 2004hrs FTO Luedtke #4019 and I were dispatched to Gillman St. and 3Rd St. regarding a report of multiple shots fired in the area.

Upon arriving at Gillman St. and Jennings St. I observed (B) Robinson bleeding profusely from the neck area. Medic 17 arrived at the scene and transported Robinson to San Francisco General Hospital Emergency Room (SFGH ER). I accompanied Robinson to SFGH in the ambulance.

In the ambulance I attempted to interview Robinson. Robinson asked me in a very hostile manner, "Is someone there at my house, with my wife. Someone may go there. I told you the address ten times," referring to 2914 Griffith. He said this multiple times. I took his statements to mean that someone might go to his house to shoot his wife. Robinson was very hostile during the drive to the hospital saying several times "I hate COPS!" He was unable or unwilling to provide additional information.

Upon arrival at the SFGH ER, Dr. Lin treated Robinson for 2 to 3 gunshot wounds to the neck, chest and arm. Robinson continued to be uncooperative and hostile with me. He said, "I hate COPS!" many times. When I asked him what happened Robinson stated sarcastically "I got shot." Later he said, "some clown came up from behind me and shot me." I asked Robinson if he knew who it was, Robinson pointed to Off. Luedtke and said, "yeah, that fat fuck there!" Later he said, "I didn't see nothin' man." Shortly after I overheard Robinson tell medical personnel, "we were sittin' there in my car, shit starts flyin', we get the hell out of the car." Robinson refused to speak with me or Off. Luedtke about the incident at that time.

Shortly after, Robinson became more calm, cooperative and less hostile. Robinson told me " We were going to visit my friend's son so the kids could play together, we just pulled into the driveway, barely said three sentences when someone starts shooting."

Crime Scene Investigations, Insp. Evans #1820 (5L11) responded to SFGH ER. and conducted a gun shot residue test on Robinson's hands.

DECLARE, UNDER PENALTY OF PERJURY, THIS STATEMENT OF __1__ PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.

SIGNATURE OF PERSON GIVING STATEMENT

ORBN0072