# EXHIBIT D

**SAN FRANCISCO POLICE DEPARTMENT**      **INCIDENT REPORT STATEMENT**

INCIDENT NO. ███████████      page 1 of 1

| NAME (LAST, FIRST, MIDDLE) OF PERSON GIVING STATEMENT | DOB/AGE | RESIDENCE PHONE (DAY/NIGHT) | BUSINESS PHONE (DAY/NIGHT) |
|---|---|---|---|
| PRIMIANO, MICHELE #1953 | | ( ) | (415) 6712300 |

| RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO | ZIP CODE | BUSINESS ADDRESS / CITY IF NOT SAN FRANCISCO | ZIP CODE |
|---|---|---|---|
| | | 201 WILLIAMS AVE | 94124 |

| DATE OF STATEMENT | TIME STARTED | TIME COMPLETED | LOCATION WHERE STATEMENT TAKEN |
|---|---|---|---|
| 2/20/07 | 1210 HRS | 1220 HRS | AT SCENE ☐  OTHER: CO.C |

STATEMENT TAKEN BY (NAME / STAR):     IN PRESENCE OF:

On 02/19/2007 at 2004 hours I responded to Gilman Ave and 3rd St. regarding a shooting. Upon arrival, I was assigned to the front of 1282 Gilman Ave. where the victim of the shooting Orvelle Robinson' clothing remained on the sidewalk. While waiting for CSI to respond to our location at 1282 Gilman Sgt. Ewins #733 told me to check the pockets of Robinson' jacket for any identification or keys. While searching Robinson' jacket I found in the inside left pocket a plastic baggie containing 4 plastic baggies with a white powder substance and 1 plastic baggie with a green leafy substance. I placed the 5 baggies into a plastic Ziploc and sealed it. Sgt. Ewins took custody of the plastic Ziploc.

ORBN0068

I DECLARE, UNDER PENALTY OF PERJURY, THIS STATEMENT OF __1__ PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.

SIGNATURE OF PERSON GIVING STATEMENT _Michele_ #1953

SFPD 327 G (08/93)