# EXHIBIT E

| Title of Investigation: Robinson, Orvelle | Investigation Number: | Report Number: 2 |
|---|---|---|

## SUMMARY OF EVENT:

Interview of Jamal Cooney regarding the Orvelle Robinson matter

## NARRATIVE:

1. On 4/4/2007 I interviewed Jamal Cooney regarding the Orvelle Robinson matter. Jamal Cooney is a security guard working for PPS Security Company. I asked Cooney if he remembered a shooting back on February 19, 2007 when he stopped to investigate a man he later found out had been shot. Cooney told me he recalled because it was his first event like that. Cooney recalls he was working with two other PPS security guards that night, Officer Carolina and Officer Marrow. All three were driving together down Gilman St. in the same car. They were near 3rd Street. They observed a black male who appeared to be ducking down behind cars parked on the street which was suspicious to them. Cooney and the others heard a broadcast over a radio they had that received police calls of shots fired in the area they were in.

2. Cooney and his partners stopped to investigate the man who was ducking down behind parked cars. The man, who was wearing a dark leather jacket told Cooney and the others he had been shot. The man was bleeding from the neck. Cooney put on gloves to protect himself so that he could help the man. Officer Carolina and Marrow did not put on gloves because they did not have them. Cooney recalls it was night time but the man was wearing a dark color brown or black leather jacket. In an effort to render aid to the man Cooney began to try to remove the jacket. The injured man told Cooney he had to unzip the zippers on the sleeves of the jacket to get it off. Just then other emergency personnel were arriving and they helped Cooney get the jacket off. Cooney is not sure if it was police or paramedics or firefighters who helped him take the jacket off but it was a joint effort.

3. Cooney said the jacket was dropped to the ground or onto the white parked car, a white car they first saw him ducking down behind. Cooney recalls the other emergency personnel putting the man onto a stretcher. He further recalls the emergency personnel cutting off the upper clothing of the injured man. Cooney recalled it was a "white wife beater" shirt. White tank top style tee shirts are commonly called "wife beaters".

4. Cooney recalls the injured man saying he was worried about his wife at his house. The man was worried

| Prepared by: Michael L. Kelly | Title: Task Force Officer, San Francisco Metro Field Office | Signature: M Kelly | Date: 4/4/07 |
|---|---|---|---|
| Authorized by: Rayfield Roundtree | Title: Resident Agent in Charge, San Francisco Metro Field Office | Signature: | Date: |
| Second level reviewer (optional): Stephen K. Martin | Title: Special Agent in Charge, San Francisco Field Division | Signature: | Date: |

that whoever shot him was going to go to his house and hurt his wife. Cooney recalls another incident down the street from his location where another person was shot in a PT Cruiser car that was crashed into a house.

5. Cooney, Carolina and Marrow left the scene before he was loaded into the ambulance.

ORBN0133