# EXHIBIT F









ORBN0137