| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0310 MHP |
| ) | |
| Plaintiff, ) | DECLARATION OF H. H. GEORGE |
| v. ) | LUEDTKE III |
| ) | |
| ORVELLE ROBINSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, H. H. George Luedtke III, declare the following to be true under pain of perjury:

1. I am a San Francisco Police Officer assigned to the Bayview Police Station.

2. On February 19, 2007, I was working in the Bayview District. I was on the scene in the 1200 block of Gilman Avenue where Orvelle Robinson was being attended to by medical personnel. When Mr. Robinson was transported from Gilman Avenue to the hospital by ambulance, I followed the ambulance in my police vehicle.

3. I was present in the emergency treatment room at the hospital when medical personnel removed Mr. Robinson's clothes and the bullets fell out of his pocket onto the gurney. After observing this contraband and knowing that Mr. Robinson had been involved in a shooting, I searched the clothes that had been removed by the medical personnel for further contraband and evidence.

4. Inside Mr. Robinson's wallet, I saw what appeared to be a identification card from the Bureau of Prisons. I know from my experience that California parolees carry California Department of Corrections (CDC) identification cards. Upon viewing the card in Mr. Robinson's wallet, I believed that this Bureau of Prisons document was similar to the CDC identification card and that Mr. Robinson was on federal probation. Thereafter, I called Sergeant Ewins and advised her that Mr. Robinson was on federal probation.

EXECUTED THIS 7th DAY OF JANUARY 2008.

_____/s/_____
OFFICER H. H. GEORGE LUEDTKE

DECLARATION OF OFFICER H. GEORGE LUEDTKE, 07-0310 MHP