GEOFFREY ROTWEIN (CA SBN 58176)
LAW OFFICES OF GEOFFREY ROTWEIN
400 Montgomery Street, Second Floor
San Francisco, CA  94104
Facsimile: (415) 397-0862
Telephone: (4l5) 397-0860

Attorney for Defendant
ORVELLE ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. C-07-0310 MHP |
|---|---|---|
| Plaintiff, | ) | **SUPPLEMENTAL DECLARATION OF GEOFFREY ROTWEIN IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE UNDER THE FOURTH AMENDMENT** |
| vs. | ) | |
| ORVELLE ROBINSON, | ) | |
| Defendant. | ) | DATE: January 28, 2008 |
| | ) | TIME:  10:00 a.m. |
| | | CTRM: 15, 18th Floor, |
| | | Hon. Marilyn Hall Patel |

I, Geoffrey Rotwein, declare under penalty of perjury as follows:

1.  I am an attorney licensed to practice law in this Court and am the attorney for defendant Orvelle Robinson herein.

2.  I have practiced criminal defense in California state and federal courts for over thirty-three years and know that state and federal law enforcement agents have ready access to computer data bases that store updated criminal history information about individuals who have contact with both state and federal criminal justice systems, which reflect arrests, cases filed, dispositions of cases, convictions, probation and parole status, and other extensive information.

3. I am informed and believe that the identification card which Officer Luedtke seized from Defendant's wallet did not reflect that Defendant was on federal probation on February 19, 2007.

1       4. I did not know that Officer Luedtke searched Defendant's wallet at the hospital until
2   the government submitted his Declaration on January 10, 2008. Docket No. 41. Therefore,
3   on behalf of Defendant, I move to suppress the BOP identification card that Luedtke found,
4   and request leave of Court to include this argument in his Motion to Suppress.
5       The foregoing is true and correct of my own personal knowledge, information and
6   belief.
7       Executed in San Francisco, California, on January 14, 2008.

8                                           /s/ Geoffrey Rotwein
                                       GEOFFREY ROTWEIN
9                                          Attorney for Defendant
                                       ORVELLE ROBINSON