**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: January 28, 2008

Case No.   CR 07-0310  MHP                Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- ORVILLE ROBINSON (c);

Attorneys:   Plf: Denise Barton
             Dft: Geoffrey Rotwein

Deputy Clerk: Anthony Bowser   Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)  Defendant's Motion to Suppress

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Govt to file responsive pleading (to motion to suppress/reply by deft) not later than 2/11/2008;

Counsel to submit joint list of witnesses needed for evidentiary hearing;