JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0310 MHP |
| ) | |
|     Plaintiff, ) | STIPULATION [AND ~~PROPOSED~~] ORDER TO EXTEND TIME FOR GOVERNMENT'S |
| ) | RESPONSE, TO CONTINUE EVIDENTIARY |
|     v. ) | HEARING DATE TO MARCH 28, 2008, AND |
| ) | TO EXCLUDE TIME UNDER 18 U.S.C. § |
| ORVELLE ROBINSON, ) | 3161 |
| ) | |
|     Defendant. ) | |

On January 28, 2008, the parties appeared before this Court for a hearing the Motion to Suppress filed by the defendant. At that time, the Court ordered the government to file a response to the new issue raised by the defendant and for parties to appear for an evidentiary hearing. The government stated that it would file a response by February 11, 2008. Thereafter, with the assistance of the Courtroom Clerk, the parties set March 6, 2008, at 8:30 for an evidentiary hearing.

On February 2, 2008, counsel for the Government was injured in an accident; has been on medical leave for much of the time since that date; and has not had an opportunity to complete and file the Response. With leave of the Court, counsel for the Government intends to file the

STIPULATION [AND PROPOSED ORDER] - CR 07-0310 MHP                           1

1  Response on or before Friday, February 15, 2008.

2       With respect to the evidentiary hearing, counsel for the government will have knee
3  surgery on February 20, 2008, necessitating an additional estimated 2 weeks medical leave
4  following surgery.  Although counsel for the government intends to return to work as soon as
5  possible, she has been advised by her doctor that she should plan for a two week absence
6  following surgery.  In light of this surgical schedule and to afford counsel for government
7  adequate time to prepare for the hearing, the parties request that the Court continue the
8  evidentiary hearing until March 28, 2008, at 9:00 am.  The parties have discussed this date with
9  the Deputy Clerk and confirmed the Court's availability.  Given the number of witnesses - at
10 least 10 - the parties anticipate a need for a full-day hearing, and likely additional days of
11 testimony.

12      The parties agree that time between January 28, 2008 and March 28, 2008 is properly
13 excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(8)(A)
14 and 3161(h)(8)(B)(iv) and for effective preparation and continuity of counsel, as well as section
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

3161(h)(1)(F), in light of the filing of the defendant's pretrial motion and pending evidentiary hearing.

SO STIPULATED:

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: February 13, 2008          /s/_____
                                  DENISE MARIE BARTON
                                  Assistant United States Attorney

DATED: February 13, 2008          /s/_____
                                  GEOFFREY ROTWEIN
                                  Attorney for ORVELLE ROBINSON

For the foregoing reasons, the Court grants leave to permit the government to file its Response on February 15, 2008 and continues the Evidentiary Hearing from March 6, 2008 at 8:30 am until March 28, 2008 at 9:00 am. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and failure to do so would deny counsel for the government continuity of counsel and reasonable time for effective preparation, taking into account the exercise of due diligence. See U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The Court further finds that time is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, section 3161(h)(1)(F), in light of the filing of the defendant's pretrial motion and pending evidentiary hearing. Accordingly, time shall be excluded from January 28, 2008 through March 28, 2008, the date set for the Evidentiary Hearing.

SO ORDERED.

DATED: 2/15/2008                                  _____
                                    HONORABLE MARILYN H. PATEL
                                    United States District Judge

*[Stamp: IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California]*