1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      denise.barton@usdoj.gov
8
   Attorneys for Plaintiff

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )  CR No. 07-0310 MHP
                                       )
15         Plaintiff,                  )  STIPULATION [AND PROPOSED ORDER]
                                       )  TO CONTINUE EVIDENTIARY HEARING
16     v.                              )  DATE FROM MARCH 28, 2008 TO APRIL 10
                                       )  AND 11, 2008
17  ORVELLE ROBINSON,                  )
                                       )
18         Defendant.                  )
                                       )
19

20      On February 19, 2008, this Court entered an Order setting March 28, 2008 as the date for

21  an evidentiary hearing in the above-captioned matter and excluding time through March 28,

22  2008. *ECF No. 48.* After that date, defense counsel realized that he had a personal obligation

23  that conflicted with the date set for the evidentiary hearing. Thereafter, defense counsel advised

24  the Deputy Clerk and counsel for the government of his conflict. The parties have agreed to

25  continue and reset the evidentiary hearing for April 10 and 11, 2008, beginning at 9:00 am.

26  Deputy Clerk Bowser has confirmed that the court is available for an evidentiary hearing on

27  April 10 and 11, 2008, beginning at 9:00 am. The parties agree that time between March 28,

28  2008 through April 10, 2008 is properly excluded pursuant to the Speedy Trial Act, Title 18

1  United States Code, sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv) for continuity of counsel, as
2  well as section 3161(h)(1)(F), in light of the filing of the defendant's pretrial motion and pending
3  evidentiary hearing.
4  SO STIPULATED:

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

7
8  DATED: March 5, 2008                  ___/s/_____
                                              DENISE MARIE BARTON
                                            Assistant United States Attorney

10
11  DATED: March 5, 2008                 ___/s/_____
                                            GEOFFREY ROTWEIN
                                          Attorney for ORVELLE ROBINSON

13       For the foregoing reasons, the Court continues the Evidentiary Hearing from March 28,
14  2008 until April 10, 2008 at 9:00 a.m. and sets the matter on calendar for April 10, 2008 and
15  April 11, 2008.  For the reasons stated above, the Court further finds that the ends of justice
16  served by granting the requested continuance outweigh the best interests of the public and the
17  defendant in a speedy trial and failure to do so would deny the defendant continuity of counsel,
18  taking into account the exercise of due diligence.  See U.S.C. § 3161(h)(8)(A) and
19  3161(h)(8)(B)(iv).  The Court further finds that time is properly excluded pursuant to the Speedy
20  Trial Act, Title 18 United States Code, section 3161(h)(1)(F), in light of the filing of the
21  defendant's pretrial motion and pending evidentiary hearing.  Accordingly, time shall be
22  excluded from March 28, 2008 through April 10, 2008.

SO ORDERED.

DATED:_____            _____
                                          HONORABLE MARILYN H. PATEL
                                           United States District Court Judge