1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION


   UNITED STATES OF AMERICA,           )   CR No.  07-0310 MHP
                                       )
           Plaintiff,                  )   STIPULATION [AND PROPOSED ORDER]
                                       )   TO CONTINUE EVIDENTIARY HEARING
       v.                              )   DATE FROM MARCH 28, 2008 TO APRIL 10
                                       )   AND 11, 2008
   ORVELLE ROBINSON,                   )
                                       )
           Defendant.                  )
   _____ )

       On February 19, 2008, this Court entered an Order setting March 28, 2008 as the date for an evidentiary hearing in the above-captioned matter and excluding time through March 28, 2008.  *ECF No. 48.*  After that date, defense counsel realized that he had a personal obligation that conflicted with the date set for the evidentiary hearing.  Thereafter, defense counsel advised the Deputy Clerk and counsel for the government of his conflict.  The parties have agreed to continue and reset the evidentiary hearing for April 10 and 11, 2008, beginning at 9:00 am.  Deputy Clerk Bowser has confirmed that the court is available for an evidentiary hearing on April 10 and 11, 2008, beginning at 9:00 am.   The parties agree that time between March 28, 2008 through April 10, 2008 is properly excluded pursuant to the Speedy Trial Act, Title 18

United States Code, sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv) for continuity of counsel, as well as section 3161(h)(1)(F), in light of the filing of the defendant's pretrial motion and pending evidentiary hearing.

SO STIPULATED:

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

DATED: March 5, 2008                            /s/
                                              DENISE MARIE BARTON
                                              Assistant United States Attorney

DATED: March 5, 2008                            /s/
                                              GEOFFREY ROTWEIN
                                              Attorney for ORVELLE ROBINSON

     For the foregoing reasons, the Court continues the Evidentiary Hearing from March 28, 2008 until April 10, 2008 at 9:00 a.m. and sets the matter on calendar for April 10, 2008 and April 11, 2008. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and failure to do so would deny the defendant continuity of counsel, taking into account the exercise of due diligence. See U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The Court further finds that time is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, section 3161(h)(1)(F), in light of the filing of the defendant's pretrial motion and pending evidentiary hearing. Accordingly, time shall be excluded from March 28, 2008 through April 10, 2008.

SO ORDERED.

DATED: 3/6/2008

IT IS SO ORDERED

*[signature]*
Judge Marilyn H. Patel