```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-7359
 7     Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
 8
    Attorneys for Plaintiff
 9
10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,       )    CR No.  07-0310 MHP
                                    )
15       Plaintiff,                 )    NOTICE OF WITNESSES
                                    )
16       v.                         )
                                    )
17  ORVELLE ROBINSON,               )
                                    )
18       Defendant.                 )
                                    )
19

20       Please take notice that the United States call any of the following witnesses at the

21  evidentiary hearing in the captioned matter scheduled for April 10 and 11, 2008:

22       Inspector Sergio Chin

23       Security Officer Jamel Cooney

24       Officer Raymond Cruz

25       Inspector John Evans

26       Sergeant Teresa Ewins

27       Officer Giuseppe Festa

28       Inspector Herman Jones
```

1  Officer Micah Norris
2  Officer Herman Luedtke
3  Inspector John Nevin
4  Officer Michelle Primiano
5  Inspector Ronan Shouldice
6  Deputy Garry Trubin
7  Officer Warrick Whitfield
8  Inspector Edward Wynkoop
9
10 Custodian of Records, Department of Emergency Management
11
12 The United States reserves the right to add, omit, or substitute witnesses.
13
                                            Respectfully Submitted,
14
15                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
16
17 DATED: April 8, 2008                     _____/s/_____
                                            DENISE MARIE BARTON
18                                          Assistant United States Attorney