UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL PRETRIAL MINUTES**

Date: April 10, 2008

Case No.   CR 07-0310  MHP          Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- ORVILLE ROBINSON ©;

Attorneys:    Plf:  Denise Barton
              Dft: Geoffrey Rotwein

Deputy Clerk: Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)  Evidentiary Hearing re Defendant's Motion to Suppress

2)  

3)  

**ORDERED AFTER HEARING:**

12:20  Court is session; Plaintiff calls Inspector Rowan Scholdice for direct exam by attorney Barton;
**Exhs 1, 2, 3, 4, 5 introduced and admitted;**

01:20  Cross exam of witness Scholdice by attorney Rotwein;
**Exh A introduced and admitted;**

01:40  Re direct exam of witness Scholdice by attorney Barton;

01:47  Re cross exam of witness Scholdice by attorney Rotwein; Witness excused;

01:56  Plaintiff calls Jamal Kooney for direct exam by attorney Barton;

02:08  Cross exam of witness Kooney by attorney Rotwein;

02:15  Re direct exam of witness Kooney by attorney Barton; Witness excused;

02:20  Plaintiff calls PO Giseppe Festa for direct exam by attorney Barton;

02:40  Cross exam of witness Festa by attorney Rotwein;

02:50   Re direct exam of witness Festa by attorney Barton; Witness excused;

02:55   Afternoon Recess;

03:20   Court resumes; Plaintiff calls Sgt Teresa Ewins for direct exam by attorney Barton; **Exh 6 introduced and admitted;**

03:55   Cross exam of witness Ewins by attorney Rotwein;

04:20   Re direct exam of witness Ewins by attorney Barton;
        Exh 9 introduced (CAD);

04:32   Re cross exam of witness Ewins by attorney Rotwein; Witness excused;

04:35   Court recessed to 9:00 am on 4/11/2008;