UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: April 11, 2008

Case No.   CR 07-0310  MHP             Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- ORVILLE ROBINSON (c);

Attorneys:   Plf:  Denise Barton
             Dft: Geoffrey Rotwein

Deputy Clerk: Anthony Bowser   Court Reporter: Debra Pas

## PROCEEDINGS

1)  Evidentiary Hearing re Defendant's Motion to Suppress - Day 2

2) 

3) 

## ORDERED AFTER HEARING:

9:15   Court resumes; Plaintiff calls PO Michelle Primiano for direct exam by attorney Barton; **Exh 10 introduced and admitted;**

9:31   Cross exam of witness Primiano by attorney Rotwein; Brief re direct and re cross; Witness excused;

9:45   Plaintiff calls PO Herman Luedtke for direct exam by attorney Barton;

10:18  Cross exam of witness Luedtke by attorney Rotwein;

10:43  Re direct exam of witness Luedtke by attorney Barton; Re cross; Witness excused;

10:48  Morning Recess;

11:11  Court resumes; Plaintiff calls Inspector John Evans for direct exam by attorney Barton; **Exh 7 (series of photos), 8 introduced and admitted;**

12:03  Cross exam of witness Evans by attorney Rotwein; Witness excused; Counsel submit after further discussion; Court denies motion to suppress as to all points; **Further status conference set for 4/21/2008 at 1:30 p.m.**  Court recessed at 12:55 pm.