1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN STRETCH (CSBN 163973)
   Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney

5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7359
7  Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

8
   Attorneys for Plaintiff

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   CR No.  07-0310 MHP
                                       )
15          Plaintiff,                 )   ~~PROPOSED~~ EXHIBIT LIST
                                       )
16      v.                             )
                                       )
17  ORVELLE ROBINSON,                  )
                                       )
18          Defendant.                 )
                                       )
19  _____ )

20

21      The United States intends to offer and use  the following documents as proposed exhibits:

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

    PROPOSED EXHIBIT LIST - CR 07-0310 MHP                                    1

Exhibit 1          San Francisco Police Department, General Order 6.02

Exhibit 2          San Francisco Police Department, General Order 6.15

Exhibit 3 5        Crime Scene Diagram of 1300 Gilman Street Area

Exhibit 4          Crime Scene Demonstrative of 1300 Gilman Street Area

Exhibit 5 3        Satellite View of 1300 Gilman Street Area

Exhibit 6          Leather Jacket    -RETURNED to SFPD

Exhibit 7          Crime Scene Photos of 1300 Gilman Street Area

Exhibit 8          Evidence Inventory/Log of Crime Scene Investigations Unit

EX. 9              CAD FOR 1D

EX.10              NarcOtics - RETURNED to SFPD

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: April 10, 2008

/s/
DENISE MARIE BARTON
Assistant United States Attorney

D A    Death Orcen