JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 07-0310 MHP |
|---|---|---|
|    Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
|    v. | ) | |
| ORVELLE ROBINSON, | ) | |
|    Defendant. | ) | |

On November 19, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from November 19, 2007 through December 10, 2007. The parties represented that granting the continuance was

//
//
//
//
//
//

Stipulation and [Proposed] Order Excluding Time - CR 07-0310 MHP     1

1  necessary for effective preparation of counsel, taking into account the exercise of due diligence.
2  See 18 U.S.C. § 3161(h)(8)(B)(iv).

4  SO STIPULATED:

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

7  DATED: April 14, 2008                    /S/ Denise Barton
                                            DENISE MARIE BARTON
                                            Assistant United States Attorney

10 DATED: April 14, 2008                    /S/
                                            GEOFFREY ROTWEIN
                                            Attorney for ORVELLE ROBINSON

       As the Court found on November 19, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from November 19, 2007 to December 10, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 4/16/2008                         _____
                                         HONORABLE MARILYN H. PATEL
                                         United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stipulation and [Proposed] Order Excluding Time - CR 07-0310 MHP                              2