**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: April 21, 2008

Case No.   CR 07-0310  MHP			Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- ORVILLE ROBINSON (c);

Attorneys:   Plf:  Denise Barton
             Dft: Geoffrey Rotwein

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)  Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 4/28/2008 at 11:00 am for Change of Plea Hearing.