UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: April 28, 2008

Case No.   CR 07-0310 MHP          Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- ORVILLE ROBINSON (c);

Attorneys:   Plf: Denise Barton
             Dft: Geoffrey Rotwein

Deputy Clerk: Anthony Bowser   Court Reporter: James Yeomans

### PROCEEDINGS

1) Change of Plea Hearing

2) _____

3) _____

### ORDERED AFTER HEARING:

Defendant present in custody; Defendant advised of rights and charges and waives further hearing and/or trial; Defendant enters a guilty plea to counts 1, 2, and 4 of the indictment;

Matter referred to USPO for Presentence Report;

Judgment & Sentencing set for 8/4/2008 at 9:00 am;