GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
400 Montgomery Street, Second Floor
San Francisco, California  94104
Facsimile: (415) 397-0862
Telephone: (4l5) 397-0860

Attorney for Defendant
ORVELLE ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ORVELLE ROBINSON,<br><br>      Defendant. | No.  CR 07-00310 MHP<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING** |

### JOINT REQUEST TO CONTINUE SENTENCING

Counsel for the government and the defendant hereby request a continuance of the sentencing in this matter, currently set for August 4, 2008, for the following reasons:

Several issues have arisen regarding the terms of the Plea Agreement vis-a-vis the appropriate Guidelines calculations in light of information disclosed in the Probation Report and further discussion between counsel is required to resolve the matter.

In addition, counsel for the defendant is having surgery on his foot on July 30, 2008, and it is unlikely that he will be able to effectively participate in the sentencing on August 4, 2008.

Therefore, both counsel request a continuance of the sentencing proceedings to Monday, September 8, 2008, at 10:00 a.m.  Exclusion of the time under the Speedy Trial Act is not required since defendant has pled guilty.

///

STIPULATION/ORDER
CONTINUING SENTENCING                     -1-

1  SO STIPULATED:

2  DATED: July 16, 2008          */s/ Geoffrey Rotwein*
                                 GEOFFREY ROTWEIN
3                                Attorney for Defendant
                                 ORVELLE ROBINSON
4

5  DATED: July 16, 2008           JOSEPH P. RUSSONIELLO
                                  United States Attorney
6
                                 By:*/s/ Denise Marie Barton*
7                                 DENISE MARIE BARTON
                                  Assistant United States Attorney
8

9  **ORDER CONTINUING SENTENCING HEARING**

10      Based on the above Stipulation between the parties, and good appearing therefor, the

11 sentencing proceedings are hereby continued from August 4, 2008, to September 8, 2008, at

12 10:00 a.m.

13 DATED: July __, 2008          _____
                                  MARILYN HALL PATEL
14                                JUDGE, UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28