1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   ORVELLE ROBINSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00310 MHP |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING SENTENCING HEARING** |
| vs. | ) | |
| ORVELLE ROBINSON, | ) | |
| Defendant. | ) | |

### JOINT REQUEST TO CONTINUE SENTENCING

Counsel for the government and the defendant hereby request a continuance of the sentencing in this matter, currently set for August 4, 2008, for the following reasons:

Several issues have arisen regarding the terms of the Plea Agreement vis-a-vis the appropriate Guidelines calculations in light of information disclosed in the Probation Report and further discussion between counsel is required to resolve the matter.

In addition, counsel for the defendant is having surgery on his foot on July 30, 2008, and it is unlikely that he will be able to effectively participate in the sentencing on August 4, 2008.

Therefore, both counsel request a continuance of the sentencing proceedings to Monday, September 8, 2008, at ~~10:00~~ 9:00 a.m. Exclusion of the time under the Speedy Trial Act is not required since defendant has pled guilty.

///

STIPULATION/ORDER
CONTINUING SENTENCING                -1-

SO STIPULATED:

DATED: July 16, 2008          */s/ Geoffrey Rotwein*
                              GEOFFREY ROTWEIN
                              Attorney for Defendant
                              ORVELLE ROBINSON

DATED: July 16, 2008           JOSEPH P. RUSSONIELLO
                               United States Attorney

                          By:*/s/ Denise Marie Barton*
                              DENISE MARIE BARTON
                              Assistant United States Attorney

## ORDER CONTINUING SENTENCING HEARING

Based on the above Stipulation between the parties, and good appearing therefor, the sentencing proceedings are hereby continued from August 4, 2008, to September 8, 2008, at 9:00 ~~10:00~~ a.m.

DATED: July 17, 2008          _____
                              MARILYN HALL PATEL
                              JUDGE, UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION/ORDER
CONTINUING SENTENCING                    -2-