1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   ORVELLE ROBINSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR 07-00310 MHP |
| --- | --- | --- |
| Plaintiff, | ) | **SENTENCING MEMORANDUM** |
| vs. | ) | DATE: September 8, 2008 |
|  | ) | TIME:  9:00 a.m. |
| ORVELLE ROBINSON, | ) | CTRM: 15, 18th Floor, |
|  | ) | Hon. Marilyn Hall Patel |
| Defendant. | ) |  |

TO: THE HONORABLE MARILYN HALL PATEL,
JUDGE OF THE UNITED STATES DISTRICT COURT

Defendant submits the following Sentencing Memorandum:

The parties negotiated a guilty plea disposition to charges in the Indictment in this case for a prison term of 130 months and that he qualified for career offender status. His decision to do so was on the assumption that he qualified for career offender status under the Guidelines. Thereafter investigation by the Probation Officer and the United States Attorney revealed that one of the required two offenses did not qualify because it is more than fifteen years old, thus defeating career offender status.

Defendant does not contest the Probation Report, however for sentencing purposes, he cannot and does not urge anything legal or factual that conflicts with his agreement regarding the Guidelines calculations, a prison sentence of 130 months and the other terms of the Plea Agreement, for to do so would violate that Agreement and threaten to set aside the negotiated

1 disposition. He is fully aware of the situation and for reasons that he has thoroughly discussed
2 with his counsel, wants to maintain the Plea Agreement.
3     Therefore, Defendant's position for sentencing is to maintain his agreement in
4 accordance with the terms of the Plea Agreement and submit the decision to the Court's sound
5 judgment.

6 DATED: September 3, 2008        */s/ Geoffrey Rotwein*
                                              GEOFFREY ROTWEIN
7                                               Attorney for Defendant
                                              ORVELLE ROBINSON

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28