**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: September 8, 2008

Case No.   CR 07-0310  MHP            Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- ORVILLE ROBINSON (c);

Attorneys:   Plf:  Denise Barton
             Dft: Geoffrey Rotwein

Deputy Clerk: Anthony Bowser   Court Reporter: James Yeomans   USPO: Lori Timmons

**PROCEEDINGS**

1)  Status re Judgment & Sentencing

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Counsel submit after further discussion of Presentence Report; Matter continued to 9/15/2008 at 2:30 pm for further hearing;