**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: September 15, 2008

Case No. __CR 07-0310 MHP__          Judge: __MARILYN H. PATEL__

Title: __UNITED STATES__ -v- __ORVILLE ROBINSON (c):__

Attorneys:   Plf: Denise Barton
             Dft: Geoffrey Rotwein

Deputy Clerk: Anthony Bowser  Court Reporter: Debra Pas  USPO: Lori Timmons

**PROCEEDINGS**

1) __Judgment & Sentencing__ _____

2) _____

3) _____

**ORDERED AFTER HEARING:**

Defendant present in custody; Counsel submit after further discussion of Presentence Report;
Court adopts findings of fact and guideline calculations; Court sentences defendant as follows:

> Custody of BOP for a period of 130 months as to counts 2, and 110 months as to counts 1
> and 4, to be served concurrent to the sentence imposed on count 2; TSR for a period of 5
> years as to count 2; TSR of 3 years as to each of counts 1 and 4, to be served concurrent
> to the TSR imposed on count 2, with standard and special conditions as imposed by
> Judgment and Commitment Order; S/A $300 to be paid from IFRF; Fine waived;

Court recommends placement of defendant in facility which provides a strong drug treatment
program, located near family residence. Remaining counts if any are dismissed;